**United States District Court**
For the Northern District of California

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                                               No. 08-102 WDB

ESTRELLA J. BENAVIDES,

9                                               JUDICIAL REFERRAL
              Plaintiff,                        FOR PURPOSE OF
10                                              DETERMINING
                                                RELATIONSHIP OF
11      v.                                      CASES

12   GEORGE W. BUSH,

              Defendant.
13   _____/

14

15        Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers

16   the above-captioned case to Judge Marilyn Hall Patel to consider

17   whether this case is related to case C 07-1732 MHP, in which

18   Plaintiff Estrella J. Benavides also is a party.  The Parties shall

19   file any response in opposition to or in support of relating the

20   cases within five (5) days of the filing date of this Order.

21

22

23   Dated __1/15/08_____   _____
                                 WAYNE D. BRAZIL
24                               United States Magistrate Judge

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ESTRELLA J. BENAVIDES,

          Plaintiff,

  v.

GEORGE W. BUSH,

          Defendant.

_____ /

Case Number: C 08-00102 WDB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.


Estrella J. Benavides
3416 Beresford Avenue
Belmont, CA 94002

Dated: January 15, 2008

          Richard W. Wieking, Clerk

          *Sarah Weinstein*

          By: Sarah Weinstein, Law Clerk/Deputy Clerk