FILED
2008 JAN 16 PM 2:18

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Original

1  Estrella Benavides
2  3416 Beresford Ave.
3  Belmont, CA 94002
4  (650) 455-6334
5  Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Estrella Benavides

Plaintiff(s),

v. George W Bush, President of USA
Arnold Schwarzenegger, Governor of CA
James P. Fox, DA Sn. Mateo County.
Concepcion Cabrera + Does 1 thru 1000...
inclusive

Defendant(s).

No. C 08 0102 WDB

Filed Personally on 1/7/08 at Federal Building Sn. FCO, CA.

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge. in Sn. Fco where I personally filed case 1/7/08.

Dated: 1/13/08

Signature  E Benavides

Counsel for Pro Se (IN PRO PER)
(Plaintiff, Defendant, or indicate "pro se")

I'm
the
error!