**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Estrella J. Benavides**
**3416 Beresford Ave.**
**Belmont, CA 94002**
**(650) 455-6334**
**Plaintiff**

**ORIGINAL**
**COMPLAINT 1 OF 1 ONLY!**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In the Cross Complaint**<br><br>**Plaintiff: Estrella J. Benavides**<br><br>**Vs**<br><br>**George W. Bush, President of The USA**<br>**Arnold Schwarzenegger, Governor of CA**<br>**James P. Fox , SM County DA and**<br>**Concepcion M. Cabrera & Does 1 thru**<br>1000. . . Mafia Group Inclusive. | ) **CASE No.: C 08 0102 WDB**<br>) **DECLARATION OF PLAINTIFF -**<br>) **ABOUT MISTAKES DONE BY ANA,**<br>) **NOT SURE OF NAME, DEPUTY -**<br>) **CLERK, NOT AS I UNDERSTOOD**<br>) **MARY ANN BUCKLEY DUE TO -**<br>) **STAMPED NAME ON THE FILE OF**<br>) **FED. SUIT CROSS COMP. DONE 1/7**/08 ebl<br>) **ATTACHED LETTER & AFFIDAVIT**<br>) **ABOUT E-FILING OF MY COM-**<br>) **PLAINT OF 3 PARTS & 4 EXHIBITS**<br>) **NO STAMPED OR ACKNOWLEDGE**<br>) **REQUESTING CORRECTION & RE**<br>) **QUESTING NEW DATES, TIMES &**<br>) **JUDGE ASSIGNMENT.**<br>) **FAMILY LAW & CIVIL CASES**<br>) **CROSS COMPLAINT.**<br>) **DEMAND FOR JURY TRIAL &**<br>) **PUBLIC OBSERVATION SET UP!** |

Letter attached directed to Mary Ann Buckley and with Attn.: to the U. S. A. Clerk, requesting the necessary corrections as well the new orders, and dates since I am not consenting on the Magistrate Judge assigned. I filed the case in San Francisco, CA Federal Building, my economical situation is very difficult as I Explained in my application for the Pauperis Status & just the best interest of my Child & the cause of my Lord, Yeshua keep me on pursuing my cause & Calvary.

Attached: Letter & Affidavit served 1/16/07 to Deputy Clerk & Clerk in Sn. Fco & E-filing instructions. Estrella Benavides

6 pages Filed 1/7/08 10 pages total. (Top only.)

EBenavides

The Lord, Yeshua's Servant.

Request for Jury Trial & PUBLIC VIEW SET UP AS DEFINE for all Matters & Hearings!

**Estrella Benavides**

1864 Cottage Grove Ave. 94401 (Main Home)sold under foreclosure, but Yeshua, not Jehovah set them up & they sold not 1864, but 1064.1552 & 4 Lago St. 94403. U. S. A. denying my co-signer rights forcing my children to humilliate me not allowing me to Go there because they are embarrassed of me & my FORCED 1st Amendment public written accusation in my car. San Mateo, CA

(Home) **3416 Beresford Ave. Belmont, CA 94002,** same set up might be sold under foreclosure robbing my equity as they tried with 1864 on 2/13/08, but believing in him I personally submitted a Federal Suit at 450 Golden Gate Ave. San Francisco, CA 94102 on 1/7/08 under C 08 0102 WDB, but they stamped EFILLING BLUE SIGN & ASKED ME TO WRITE THE WORD COMPLAINT IN MY NEAT, NICE PRESENTED EX-PARTE which I did as 1 of 3 (17pgs), my Declaration & Accusation which I did as 2 of 3 (44pgs) and the EX-Parte Support (6pgs) which I did as 3 of 3. 7X=Original, Chamber, 4Defendants & mine with Exhibit's A-C, including D in Section 12 of C, & separated code by color E, F & G. Exhibit B (List of People is containing your name & photocopies of your participation through out, but let me handle the roots & branches will be taking care based on their perform). The Federal teller **SUGGESTED A TRO(?) no forms available, but suggested(?) smell fishy, but I will do, Yeshua is setting them up as their brilliant mind is setting me up!**

January 13, 2008

Mary Ann Buckley
Deputy Clerk
San Francisco U. S.A. District Court
Northern District of California

Attn.: Richard W. Wieking, Clerk
Ref.: Mistake done by Mary Ann Buckley, On 1/7/08 when I filed my Federal Suit Cross Complaint in the 16th floor of Fe Deral Building in San Francisco, CA

Ms. Buckley & Wieking:

On 1/7/08 I arrived in the 16th floor about 11:00a.m. In the photocopy room I finished the Last entrees in my many exhibits that I filed with you on the above day. Finally about noon time I went to the window of new cases file & I set up the big seven (7) packages around the front of the Deputy Clerk, Ms. Buckley. One named ORIGINAL containing 3 parts of the complaint as you both asked me to write on the top as I did as COMPLAINT 1 of 3 the 17 pages for the Declaration RE: Notice of Ex-Parte Application for Orders; the 2nd part as written on your requested COMPLAINT 2 of 3 that is contained in 44 pages of my Declaration & Accusation . . .and the COMPLAINT 3 OF 3 that is contained in 6 pages of Plaintiff Declaration in Support of EX-Parte request for Orders granted or pending hearings for CROSS COMPLAINT FAMILY LAW CASES No. 085609. 095215; CIVIL 464800, 467647 & CLJ 196194 & the Probate Case No. 116970 . . . ///

Deputy clerk name, unknown, she said on 1/15/08 in Sn. Fco. Ana

The three (3) parts of my complaint has and E-Filing stamped that I remember asking you & trying to clarify, but you told me that it is the way you do it. Nevertheless, the 1st & 3rd of the first set filed & stamped for me DO NOT HAVE THE TIME STAMPED AS THE 2ND AND WORSE OF ALL THE GREEN PAMPHLET PROVIDED FOR ME IS INDICATING THAT E-FILING CITIZEN WITH MORE THAN 10 PAGES SHOULD GO TO COMPLETE FILE, **BUT I NEVER DONE AN E-FILING & THE SECOND SET I REQUESTED YOU TO STAMPED FOR ME WERE DONE PROPERLY, BUT I AM CONCERNED OF ANY MISUNDERSTANDING OR THE WAY THE ORIGINAL & THE CHAMBER COPY WERE STAMPED OR HANDLE AND I AM WRITING TO REQUEST YOU TO CLARIFY THE MISTAKE DONE.**

**AS YOU both know I filed my big, lengthy complaint with the three parts as described above aside that every single of the seven (7) packages:**

**ORIGINAL was having a Exhibit A-C & D color coded Yellow cover & well described in the three parts complaint that you did stamped by mistake as E-filing case under the Case No. C 08 0102 WDB, Exhibit E, F & G as well described in the Three parts complaint filed on 1/7/08 personally not through the internet which by do way I am attaching under penalty of perjury I DO NOT HAVE ACCESS AT HOME, I DO NOT KNOW BECAUSE I DO NOT CARE TO LEARN YET ON HOW TO WORK IN THE INTERNET & THE LIMITED ACCESS I DO HAVE THROUGH THE LIBRARY I HARDLY EVER DO CARE TO DO IT MASTERING THE WEBSITE OR INTERNET OR WHATEVER IS CALLED. I TRIED TO WRITE A NOTE FOR Britney Spear letting her know that God, Yeshua was going to save her & that she will rejoice in the salvation of her children & she will enjoy having their legal & physical custody before she will get my message due to the lack of knowledge on the used of the internet, but is o.k. believe me I am a dumb, who knows a bit of everything because of him!**

**As well as the ORIGINAL COPY, THE chamber Copy, and the four (4) Defendants and of course mine with the extra pages that you did stamped for me so nice of you; thank you for your kindness. Now I still being concerned about the exhibits that were not stamped or acknowledge as received by the Court on 1/7/08 and I am requesting you to let me know if perhaps you did not make another mistake since last year you did stamped and acknowledge the Exhibit C & D on Section 12 of C. and this time were 4 good size exhibits, the Exhibit C that alone contained about 1000 pages.**

**This letter with the affidavit about my lack of interest, knowledge & NEVER DONE E-FILING OF THIS CASE WILL BE ATTACHED TO A DECLARATION REQUESTING THE CORRECTION AS WELL AS THE DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE (WDB) & DUE TO MY PAUPERIS STATUS I AM REQUESTING TO BE ASSIGNED IN SAN FRANCISCO WHERE I FILED MY CASE AND DUE TO THE ACCUSATION & DECLARATIONS, OBVIOUSLY DONE MISTAKES TO SET ME UP I REFUSE**

**TO HAVE ANY CONTACT WITH ABSOLUTELY ANYONE THROUGH THE PHONE LINE, INTERNET OR ANY OTHER THAT IS NOT DONE IN WRITING UNDER PUBLIC VIEW SET UP WITH A JURY TRIAL AS REQUESTED AT THE FRONT & BACK PAGES OF MY THREE PART ONE COMPLAINT FILED ON 1/7/08.**

**Sincerely,**

**Estrella Benavides**
**Plaintiff C 08 0102 WDB filed personally at San Francisco on the 16th floor on 1/7/08**
**The Lord, Yeshua's Servant**

**Affidavit under Penalty of Perjury about my FEDERAL SUIT CROSS COMPLAINT FILED PERSONALLY NOT THROUGH THE INTERNET ON 1/7/08 AT THE SAN FRANCISCO FEDERAL BUILDING 16TH FLOOR.**

I, Estrella Benavides, a Citizen of the United States of America, Declare under penalty of Perjury under the laws of the State of California that the foregoing is true, correct & is been executed at 3416 Beresford Ave., Belmont, CA 94002 at 12:02 a.m on 1/13/08 in the County of San Mateo, State of California. I DID NOT FILE MY FEDERAL SUIT THROUGH THE INTERNET, I PERSONALLY DID IN THE 16TH FLOOR OF THE FEDERAL BUILDING IN SAN FRANCISCO WITH MARY ANN BUCKLEY ON 1/7/08.

Date: January 13, 08

Estrella Benavides
The Lord, Yeshua's Servant

Attached copy of front pages of 1 of 3, 2 of 3 and 3 of 3 part complaint I filed personally on 1/7/08.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL
FILED
JAN 7 2008
WDB

Complaint 1 of 3

Estrella J. Benavides
3416 Beresford Ave.
Belmont, CA 94002
(650) 455-6334
Plaintiff

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Cross Complaint | ) CASE No.: CV 08 0102 |
| Plaintiff: Estrella J. Benavides & DOES 1 THROUGH 100 . . . 1000 . . . MILLIONS OF PEOPLE NOT BELONG TO U. S. GOVERNMENT REPRESENTATIVES RELIGIOUS GROUP INCLUSIVE | ) DECLARATION RE: NOTICE OF EX ) PARTE APPLICATION FOR ORDERS ) OF PLAINTIFF FOR DENIAL OF : ) RIGHTS, FREEDOMS, PROTECTION ) THE RELIGIOUS PERSECUTION, THE ) RETALIATION THROUGH PRIVATE- ) LY OWN OR GOVERNMENTAL INSTI ) TUTIONS DUE TO DISCOVERIES OF ) CRIME, & ACCUSATIONS AGAINST ) THE U. S. A. GOVERNMENT REPRE- ) SENTATIVES: FORCING TO DO & BE ) LIEVE FOR THEIR BEST INTEREST. ) ABUSES AGAINST ME, JAC-B, WG, JG ) LJ & MILLIONS, BILLIONS OTHERS: ) BENDING LAWS, ABUSING DISCRE- ) TIONS, AUTHORITIES, ALIENATING ) CONSTITUTION OF THE U. S. A. & 1st ) CONSTITUTIONAL AMENDMENT OF ) BILLIONS NOT BELONG TO GROUP. ) FAMILY LAW CASE CROSS COM- ) PLAINT 085609, CIV 464800& OTHERS ) DEMAND FOR JURY TRIAL & ) PUBLIC OBSERVATION SET UP |
| VS | |
| George W. Bush, President of The USA Arnold Schwarzenegger, CA Governor James P. Fox, SM County DA and Concepcion M. Cabrera & DOES 1 THROUGH 100 . . . 1000 . . . MILLIONS MAFIA GROUP MEMBERS PERSECUTING US INCLUSIVE. | |

I, Estrella J. Benavides, declare:

1. That I am In Pro Per for Plaintiff
   Due and Force by the retaliation against me, my children & billions others. I discovered the worse crime ever perpetrated against human beings done By the United States Government Representatives (USGR) which are ABLE TO FORCE TO DO & BELIEVE FOR THEIR BEST INTEREST TO BILLIONS OF PEOPLE NOT BELONG TO THEIR RELIGIOUS GROUP. Alienating RIGHTS & FREEDOMS & even the Constitution of this country. They are committing FRAUD & FORCE while using the government system Working with good number of people in this country & in this World together as a MAFIA GROUP organized based on RELIGIOUS believes using psychic talents they in heritage from their biological parent(s), using technology

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Complaint 1 of 3

**Estrella J. Benavides**
**3416 Beresford Ave.**
**Belmont, CA 94002**
**(650) 455-6334**
**Plaintiff**

FILED 2008 JAN -7 PM 12:50 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**WDB**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**In the Cross Complaint**

**Plaintiff: Estrella J. Benavides & DOES 1 THROUGH 100 . . . 1000 . . . MILLIONS OF PEOPLE NOT BELONG TO U. S. GOVERNMENT REPRESENTATIVES RELIGIOUS GROUP INCLUSIVE**

**VS**

**George W. Bush, President of The USA Arnold Schwarzenegger, CA Governor James P. Fox, SM County DA and Concepcion M. Cabrera & DOES 1 THROUGH 100 . . . 1000 . . . MILLIONS MAFIA GROUP MEMBERS PERSECUTING US INCLUSIVE.**

**CASE No.: CV 08 0102**

**DECLARATION RE: NOTICE OF EX PARTE APPLICATION FOR ORDERS OF PLAINTIFF FOR DENIAL OF : RIGHTS, FREEDOMS, PROTECTION THE RELIGIOUS PERSECUTION, THE RETALIATION THROUGH PRIVATELY OWN OR GOVERNMENTAL INSTITUTIONS DUE TO DISCOVERIES OF CRIME, & ACCUSATIONS AGAINST THE U. S. A. GOVERNMENT REPRESENTATIVES: FORCING TO DO & BELIEVE FOR THEIR BEST INTEREST. ABUSES AGAINST ME, JAC-B, WG, JG LJ & MILLIONS, BILLIONS OTHERS: BENDING LAWS, ABUSING DISCRETIONS, AUTHORITIES, ALIENATING CONSTITUTION OF THE U. S. A. & 1st CONSTITUTIONAL AMENDMENT OF BILLIONS NOT BELONG TO GROUP. FAMILY LAW CASE CROSS COMPLAINT 085609, CIV 464800& OTHERS DEMAND FOR JURY TRIAL & PUBLIC OBSERVATION SET UP**

---

I, Estrella J. Benavides, declare:

1. That I am In Pro Per for Plaintiff

   Due and Force by the retaliation against me, my children & billions others. I discovered the worse crime ever perpetrated against human beings done By the United States Government Representatives (USGR) which are ABLE TO FORCE TO DO & BELIEVE FOR THEIR BEST INTEREST TO BILLIONS OF PEOPLE NOT BELONG TO THEIR RELIGIOUS GROUP. Alienating RIGHTS & FREEDOMS & even the Constitution of this country. They are committing FRAUD & FORCE while using the government system Working with good number of people in this country & in this World together as a MAFIA GROUP organized based on RELIGIOUS believes using psychic talents they in heritage from their biological parent(s), using technology

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Complaint 2 of 3

**Estrella J. Benavides**
**3416 Beresford Ave.**
**Belmont, CA 94002**
**(650) 455-6334**

**In the Cross Complaint**
**Plaintiff: Estrella J. Benavides & DOES 1 THROUGH 100 . . . 1000 . . . MILLIONS OF PEOPLE NOT BELONG TO U. S. GOVERNMENT REPRESENTATIVES RELIGIOUS GROUP INCLUSIVE**
**VS**
**Defendants:**
**George W. Bush, President of The USA**
**Arnold Schwarzenegger, CA Governor**
**James P. Fox , SM County DA and Concepcion M. Cabrera & DOES 1 THROUGH 100 . . . 1000 . . . MILLIONS MAFIA GROUP MEMBERS PERSECUTING US INCLUSIVE.**

**) CASE No. CV 08 0102 WDB**
**) DECLARATION & ACCUSATION OF PLAINTIFF FOR DENIAL OF: RIGHTS FREEDOMS & PROTECTION. THE RELIGIOUS PERSECUTION & RETALIATION THRU PRIVATELY OWN OR GOVERNMENTAL INSTITUTIONS DUE TO DISCOVERIES OF WORSE CRIME EVER, & ACCUSATIONS AGAINST THE U. S. A. GOVERNMENT REPRESENTATIVES: FORCING TO DO & BELIEVE FOR THEIR BEST INTEREST. ABUSES AGAINST ME, JAC-B, WG, JG LJ & MILLIONS, BILLIONS OTHERS: BENDING LAWS, ABUSING DISCRETIONS, AUTHORITIES, ALIENATING CONSTITUTION OF THE U. S. A. & 1st CONSTITUTIONAL AMENDMENT OF BILLIONS NOT BELONG TO GROUP. FAMILY LAW CASE CROSS COMPLAINT 085609, CIV 464800& OTHERS**
**) DEMAND FOR JURY TRIAL & PUBLIC OBSERVATION SET UP**

I, ESTRELLA J. BENAVIDES, am the Plaintiff in the above captioned matter If called upon, could and would testify under oath to the following:

1. There is a current restraining order which shorten plaintiff visitation time with my child for 1.5 hours weekly at the Family Visitation Center as per request granted on 3/8/07, but afraid & unable to used it. (pg 603-615, **EXHIBIT C**).

2. Plaintiff is being under a TRO No. 085609 since 7/14/05 (pg 480-493). My Child Legal & Physical Custody was given to Defendant CC on 6/27/05 Despite **Rape accusation**, my written letters to SMPD (pg 214-21) & CPS (pg383-87) Judyt Bardales and her supervisor, Ms. Campbell, that **I saw him** touching my

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Complaint 2 of 3

Estrella J. Benavides
3416 Beresford Ave.
Belmont, CA 94002
(650) 455-6334

In the Cross Complaint
Plaintiff: Estrella J. Benavides & DOES 1 THROUGH 100 . . . 1000 . . . MILLIONS OF PEOPLE NOT BELONG TO U. S. GOVERNMENT REPRESENTATIVES RELIGIOUS GROUP INCLUSIVE

VS

Defendants:
George W. Bush, President of The USA
Arnold Schwarzenegger, CA Governor
James P. Fox , SM County DA and
Concepcion M. Cabrera & DOES 1 THROUGH 100 . . . 1000 . . . MILLIONS MAFIA GROUP MEMBERS PERSECUTING US INCLUSIVE.

) CASE No.: CV 08 0102 WDB
) DECLARATION & ACCUSATION OF PLAINTIFF FOR DENIAL OF: RIGHTS FREEDOMS & PROTECTION. THE RELIGIOUS PERSECUTION & RETALIATION THRU PRIVATELY OWN OR GOVERNMENTAL INSTITUTIONS DUE TO DISCOVERIES OF WORSE CRIME EVER, & ACCUSATIONS AGAINST THE U. S. A. GOVERNMENT REPRESENTATIVES: FORCING TO DO & BELIEVE FOR THEIR BEST INTEREST. ABUSES AGAINST ME, JAC-B, WG, JG LJ & MILLIONS, BILLIONS OTHERS: BENDING LAWS, ABUSING DISCRETIONS, AUTHORITIES, ALIENATING CONSTITUTION OF THE U. S. A. & 1st CONSTITUTIONAL AMENDMENT OF BILLIONS NOT BELONG TO GROUP. FAMILY LAW CASE CROSS COMPLAINT 085609, CIV 464800& OTHERS DEMAND FOR JURY TRIAL & PUBLIC OBSERVATION SET UP

I, ESTRELLA J. BENAVIDES, am the Plaintiff in the above captioned matter If called upon, could and would testify under oath to the following:

1. There is a current restraining order which shorten plaintiff visitation time with my child for 1.5 hours weekly at the Family Visitation Center as per request granted on 3/8/07, but afraid & unable to used it. (pg 603-615, **EXHIBIT C**).

2. Plaintiff is being under a TRO No. 085609 since 7/14/05 (pg 480-493). My Child Legal & Physical Custody was given to Defendant CC on 6/27/05 Despite **Rape accusation**, my written letters to SMPD (pg 214-21) & CPS (pg383-87) Judyt Bardales and her supervisor, Ms. Campbell, that I **saw him** touching my

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Complaint 3 of 3

WDB

Estrella J. Benavides
3416 Beresford Ave.
Belmont, CA 94002
(650) 455-6334

In the Cross Complaint
Plaintiff: Estrella J. Benavides & DOES 1 THROUGH 100 . . . 1000 . . . MILLIONS OF PEOPLE NOT BELONG TO U. S. GOVERNMENT REPRESENTATIVES RELIGIOUS GROUP INCLUSIVE

VS

Defendants:
George W. Bush, President of The USA
Arnold Schwarzenegger, CA Governor
James P. Fox , SM County DA and Concepcion M. Cabrera & DOES 1 THROUGH 100 . . . 1000 . . . MILLIONS MAFIA GROUP MEMBERS PERSECUTING US INCLUSIVE.

CV CASE No. 08 0102

PLAINTIFF DECLARATION IN SUPPORT OF EX PARTE REQUEST FOR ORDERS SUSPENDING ANY ORDERS GRANTED OR PENDING HEARINGS FOR CROSS COMPLAINTS: FAMILY LAW CASES # 085609, 095215. CIVIL 464800, 467647, CLJ 196194. PROBATE CASE No. 116970 & REQUESTING THE APPROVAL OF REVISION OF CASES CLOSED, WITH DRAWN DUE TO RELIGIOUS PERSECUTION AS BASED PROOF OF DECLARATION & ACCUSATION OF THE WORSE CRIME EVER PERPETRATED AGAINST HUMAN BEINGS BY THE REPRESENTATIVES OF THE LAW: ALIENATING 1ST AMENDMENT, CONSTITUTION, RIGHTS & . . . FAMILY LAW CASE CROSS COMPLAINT 085609, CIV 464800& OTHERS DEMAND FOR JURY TRIAL & PUBLIC OBSERVATION SET UP

ORIGINAL FILED JAN 7 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I, ESTRELLA J. BENAVIDES, am the Plaintiff in the above captioned matter If called upon, could and would testify under oath to the following:

FROM POINT 1 THROUGH 25 CONTAINED IN MY DECLARATION & ACCUSATION FOR DENIAL OF: RIGHTS, FREEDOMS, & PROTECTION. THE RELIGIOUS PERSECUTION & RETALIATION THROUGH PRIVATELY OWN OR GOVERNMENTAL INSTITUTIONS DUE TO DISCOVERIES OF WORSE CRIME EVER, & ACCUSATIONS AGAINST THE U. S. A. GOVERNMENT REPRESENTATIVES: FORCING TO DO & BELIEVE FOR THEIR BEST INTEREST. ABUSES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Complaint 3 of 3

FILED 08 JAN -7 PM 4:40 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Estrella J. Benavides
3416 Beresford Ave.
Belmont, CA 94002
(650) 455-6334

**In the Cross Complaint**
**Plaintiff**: Estrella J. Benavides & DOES 1 THROUGH 100 . . . 1000 . . . MILLIONS OF PEOPLE NOT BELONG TO U. S. GOVERNMENT REPRESENTATIVES RELIGIOUS GROUP INCLUSIVE

VS

Defendants:
George W. Bush, President of The USA Arnold Schwarzenegger, CA Governor James P. Fox , SM County DA and Concepcion M. Cabrera & DOES 1 THROUGH 100 . . . 1000 . . . MILLIONS MAFIA GROUP MEMBERS PERSECUTING US INCLUSIVE.

CASE No.: CV 08 0102 WDB

PLAINTIFF DECLARATION IN SUPPORT OF EX PARTE REQUEST FOR ORDERS SUSPENDING ANY ORDERS GRANTED OR PENDING HEARINGS FOR CROSS COMPLAINTS: FAMILY LAW CASES # 085609, 095215. CIVIL 464800, 467647, CLJ 196194. PROBATE CASE No. 116970 & REQUESTING THE APPROVAL OF REVISION OF CASES CLOSED, WITH DRAWN DUE TO RELIGIOUS PERSE CUTION AS BASED PROOF OF DECLARATION & ACCUSATION OF THE WORSE CRIME EVER PERPETRATED AGAINST HUMAN BEINGS BY THE REPRESENTATIVES OF THE LAW: ALIENATING 1ST AMENDMENT, CONSTITUTION, RIGHTS & . . . FAMILY LAW CASE CROSS COMPLAINT 085609, CIV 464800& OTHERS DEMAND FOR JURY TRIAL & PUBLIC OBSERVATION SET UP

I, ESTRELLA J. BENAVIDES, am the Plaintiff in the above captioned matter

If called upon, could and would testify under oath to the following:

FROM POINT 1 THROUGH 25 CONTAINED IN MY DECLARATION & ACCUSATION FOR DENIAL OF: RIGHTS, FREEDOMS, & PROTECTION. THE RELIGIOUS PERSECUTION & RETALIATION THROUGH PRIVATELY OWN OR GOVERNMENTAL INSTITUTIONS DUE TO DISCOVERIES OF WORSE CRIME EVER, & ACCUSATIONS AGAINST THE U. S. A. GOVERNMENT REPRESENTATIVES: FORCING TO DO & BELIEVE FOR THEIR BEST INTEREST. ABUSES

CV 08 0102 WDB

ADR

# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. This means that you **must** (check off the boxes ☑ when done):

☐ **1) Serve** this ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

Each attorney representing a party must also:

☐ **2) Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, do not register again, your registration is valid for life on all ECF cases in this district.

☐ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☐ **4)** Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**