Estrella J. Benavides
3416 Beresford Ave.
Belmont, CA 94002
(650) 455-6334          **ORIGINAL**
Plaintiff



FILED
JAN 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

In the Cross Complaint

Plaintiff: Estrella J. Benavides

Vs

George W. Bush, President of The USA
Arnold Schwarzenegger, Governor of CA
James P. Fox, D. Attorney of SM Country
And Concepcion M. Cabrera & DOES
1 through 1000 . . . Inclusive

) **CASE No. C 08 0102 WDB** FILED PER-
) SONALLY AT FEDERAL BLDG SAN
) FCO. 1/7/08 WITH ANA NEW CASES!
) DECLARATION OF PLAINTIFF AF-
) TER TRYING TO INFORM PETITIO
) NERS IN CROSS COMPLAINT FILED
) AS WELL AS THE RWC COURT  &
) REQUESTING THE COORDINATION
) & TRANSFER OF CASES, BUT INFOR
) INFORMED THAT FEDERAL COURT
) MUST ORDER THAT.  DEFINE PU-
) BLIC VIEW SET UP & JURY TRIAL
) REQUEST ON ALL HEARINGS OR
) MATTERS.  ATTACHED DOC. FILED
) 1/15/08 CIV 464800 & **AFFIDAVIT.**
) **JURY TRIAL & VIEW SET UP RE-**
) **QUESTED FOR ALL HEARINGS.**

| 1 | I INFORMED REDWOOD CITY COURT OF THE PERSONALLY FILED MO |
| 2 | TION AS DESCRIBED ON DOCUMENT FILED AS WELL AS THIS AT THE |
| 3 | OAKLAND FEDERAL BUILDING SINCE THE SAN FRANCISCO IS DOING |
| 4 | AS MANY OTHERS TO BE RETALIATING AGAINST ME AND MY ACCU- |
| 5 | SATION TO HIDE THE WORSE CRIME EVER PERPETRATED AGAINST |
| 6 | HUMAN BEINGS, AGAINST THE CITIZEN OF THIS COUNTRY WHO ARE |
| 7 | NOT PART OF THE MAFIA RELIGIOUS GROUP WHO ARE IN POWER, RE |
| 8 | PRESENTING NOT US, BUT THEIR BEST INTEREST: FROM BUSH TO |
| 9 | NEIGHBORS. **HELP MY BABY RAPE BY U. S. A. & RETALIATING!** |

| Plaintiffs: Estrella Benavides | Case No. |
|---|---|
| Defendant: George W. Bush, Arnold Schwarzenegger, James P. Fox, & Concepcion Cabrera & Does 1 thru 1000. . . Inclusive | C 08 0102 WDB |

| | |
|---|---|
| 1 | **DEFINING PUBLIC VIEW SET UP: AS THE ONE USED FOR ANITA'S** |
| 2 | & The Supreme Judge Thomas since the ones accused are the representatives of |
| 3 | The Law: from Bush to neighbors, including the people who are supposed to give |
| 4 | Us justice through the court system of this country./ / / |
| 5 | **REQUESTING:** |
| 6 | **1)** To correct filed purposely done mistakes as demonstrate in my motion filed as |
| 7 | Well as this document. |
| 8 | **2) Since the basic of this Cross Complaint contained a Family Law Case, Sin-** |
| 9 | Ce the matter seem to be one of the worse crime ever perpetrated, but worse by |
| 10 | The representatives of the law I am requesting a legal aid and advise to proceed |
| 11 | Since I am not a lawyer and by law I can not know what takes years to do while |
| 12 | My child is been rape and abuse by the representatives of the law that are not |
| 13 | Allowing me to have not even the chance to be able to go to the Library Law to |
| 14 | Search since even there they are working on me.  They are not allowing me to ser |
| 15 | Ved the documents that with difficulties I am able to file and write due to their |
| 16 | Religious persecution./ / / |
| 17 | **3)  I am requesting this court to request the coordination & transfer of the** |
| 18 | Filed in this cross complaint to the federal building in which this court decide to |
| 19 | Handle this case & to authorized a certify copy of all the documents in the cases |

Filed at Federal Building Personal in Oakland!!

| **Plaintiffs:** Estrella Benavides | **Case No.** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, & Concepcion Cabrera & Does 1 thru 1000. . . Inclusive | **C 08 0102 WDB** |

| | |
|---|---|
| 1 | Related cases in my federal suit Cross Complaint: C 07 1732 MHP , C 07 2081 JL |
| 2 | Which are not exact copies and the Family Law Cases No. 085609, 095215, Proba |
| 3 | Te Cases 116970, CIVIL 464800, 467647 & CLJ 196194 since they are revising & |
| 4 | Altering documents for their best interest and I am also requesting a copy of the |
| 5 | CONFIDENTIAL MATTERS CONTAINED IN ANY ENVELOPES IN THOSE |
| 6 | CASES NUMBERS DESCRIBED ABOVE & ANY DOCUMENT FILED BY |
| 7 | Petitioners or Defendants in Redwood City Court, requesting that **EVERY SIN-** |
| 8 | **GLE PAGE IS CERTIFY!** |
| 9 | **4) I am attaching one of the copies filed to let people know how I did filed my** |
| 10 | Federal Suit Cross Complaint in San Francisco, I believe the Deputy Clerk name |
| 11 | Is Ana, I did understood that was Mary Ann Buckley since she stamped that name |
| 12 | On my copies, but the second document filed today has the top pages of the 3 parts |
| 13 | Of my complaint filed as 1of 3, 2 of 3 & 3 of 3 as asked by Clerk & Deputy Clerk |
| 14 | On that day. I am not filing copy of documents as filed & served due to my paupe- |
| 15 | Ris status. |
| 16 | **5)ATTACHING AN AFFIDAVIT SWEAR UNDER OATH UNDER THE CA** |
| 17 | LAWS & UNDER MY GOD, YESHUA, NOT JEHOVAH THAT all the accusa- |
| 18 | Tions, Declarations filed by me are to the best of my knowledge true & correct. |
| 19 | Estrella Benavides The Lord, Yeshua, not Jehovah Servant *Benavides* 1/16/08 |

AFFIDAVIT ATTACHED W/464800(6PG) & 085609 (1) Filed 1/14/08 About Fed. Suit!
Requesting Jury Trial & Public View Set Up as define for all Matters & Hearings!

| Plaintiffs: Estrella Benavides | Case No. |
|---|---|
| Defendant: George W. Bush, Arnold Schwarzenegger, James P. Fox, & Concepcion Cabrera & Does 1 thru 1000. . . Inclusive | C 08 0102 WDB |

| | |
|---|---|
| 1 | <u>ITEM 5) PAGE THREE OF THREE OF DOCUMENT FILED 1/15/08 IN FED.</u> |
| 2 | <u>Building in Oakland, CA.  Also attaching doc. Filed 1/15/08 CIV464800 9 pages</u> |
| 3 | **AFFIDAVIT SWEAR UNDER OATH UNDER THE CA LAWS & MY** |
| 4 | **LORD, YESHUA NOT JEHOVAH, MY GOD.** |
| 5 | I, Estrella Benavides, a Citizen of the United States of America who is residing at |
| 6 | 3416 Beresford Ave., Belmont, CA 94002 I am certifying & I swear under the laws |
| 7 | Of the State of California, Under the Laws of my Lord, Yeshua, Not Jehovah, my |
| 8 | God, that all that is written on the documents filed by me on the related Cases: |
| 9 | Docket No. C 07 1732 MHP, C 07 2081 JL that are not exact copies and the |
| 10 | Family Law Cases No. 085609, 095215, the Probate Case No. 116970, the Civil |
| 11 | Cases No. 464800, 467647, & CLJ 196194 are to the best of my knowledge true |
| 12 | And correct that I have been discovering & I am not aware yet of all that they do |
| 13 | Know, used & practice against the people who is not belong to the religious mafia |
| 14 | Group that from Bush, the President of the U. S. A  TO NEIGHBORS are doing to |
| 15 | The people who are not belong to their religious group, but they are committing |
| 16 | Fraud, they are forcing people to even kill, to commit suicide, to rob & then they |
| 17 | Are setting them up to go to jail & is endless to say.  That they are retaliating - |
| 18 | Against me in any way perform, that they had tried to kill me & had threaten me |
| 19 | To kill my baby if I keep on trying to make public my discoveries in which not |

Page 1 of 2  Initials Plaintiff's Decl. Req. Transfer Coord. & Defining Public View Set Up. 1/16/08
AFFIDAVIT ATTACHED FOR ITEM 5 OF THIS DECLARATION!
Done on 1/16/08

| Plaintiffs: Estrella Benavides | Case No. |
|---|---|
| Defendant: George W. Bush, Arnold Schwarzenegger, James P. Fox, & Concepcion Cabrera & Does 1 thru 1000. . . Inclusive | C 08 0102 WDB |

| | |
|---|---|
| 1 | Only my baby is been rape, abuse mentally, physically after the court take them & |
| 2 | Give their physical and legal custody to others who are not the parent who loves & |
| 3 | Care for them.  That they are playing games & using their authorities, abusing it |
| 4 | & also abusing their discretions.  That many of them are aware of my beg for help |
| 5 | But they are retaliating even through the court system where they want me by law |
| 6 | Know all the codes of all the different matters in which they have been forcing me |
| 7 | To take my rights as a person or my estate as they did in the FORCED PROBATE |
| 8 | CASE No. 116970.  I am writing this affidavit in pages 4 & 5 as an attachment of |
| 9 | Document which will be filed on 1/16/08 in Oakland as item 5 of the same.  Once |
| 10 | More I, Estrella Benavides Certify & Declared writing this document in the Coun- |
| 11 | Ty of San Mateo at 3416 Beresford Ave., Belmont, CA 94002 where I am residing |
| 12 | On January 16, 2008 at 11:36a.m. & once more I SWEAR THAT THE FORE- |
| 13 | GOING DESCRIBED ABOVE AND IN ALL THE DOCUMENTS FILED AS |
| 14 | RESPONSE OR ALL DOCUMENTS FILED IN MY FEDERAL SUIT CROSS |
| 15 | COMPLAINT  CASES RELATES ARE TRUE AND CORRECT TO THE BEST |
| 16 | OF MY KNOWLEDGE./// |
| 17 | January 16, 2008 Estrella Benavides, Yeshua's Te Lord Servant! |
| 18 | This affidavit is an attachment of doc. Described below contained in 2pages with |
| 19 | Others attachments described 3rd page & top of 4th total of twenty four (24) pages. |

Affidavit contained on 2pages attached to this document !

AFFIDAVIT ATTACHED FOR ITEM 5 OF THIS DECLARATION!

Estrella J. Benavides
<u>3416 Beresford Ave.</u>
<u>Belmont, CA 94002</u>   REPORTING CHANGE OF ADDRESS !
(650) 455-6334
Defendant/Respondent

**ENDORSED FILED**
SAN MATEO COUNTY

JAN 1 4 2008

Clerk of the Superior Court
By___ Ana Jacobs
DEPUTY CLERK

### SUPERIOR COURT OF CALIFORNIA,
### COUNTY OF SAN MATEO

|  |  |
|---|---|
| | )     CASE No.: <u>085609</u> |
| | ) |
| Plaintiff/Petitioner | )   INFORMING THIS COURT ABOUT |
| Concepcion Cabrera | )   FEDERAL SUIT CROSS COMPLAINT |
| | )   FILED PERSONALLY AT SAN FCO. |
| & DOES | )   FEDERAL BUILDING ON 1/7/08 IN |
| 1 through 100, . . . 1000 . . . MAFIA | )   WHICH THIS CASE HAD BEEN IN- |
| GROUP MEMBERS PERSECUTING | )   CLUDED C 08 0102 WDB./ / / |
| US INCLUSIVE. | ) |
| Vs | )   PENDING HEARINGS: |
| Defendant/Respondent | )   DATE: 2/7/08 CONTINUE DISSOLU- |
| Estrella Benavides | )           TION OF MARRIAGE. |
| | )   DATE: 4/22/08 TRIAL CONFERENCE |
| | )           STATUS CONFERENCE OMIT |
| | )           TED PURPOSELY. |
| | )   DEPARTMENT: 29 |
| | )   DEMAND FOR JURY TRIAL & |
| | )   PUBLIC OBSERVATION SET UP |

| | |
|---|---|
| 1 | INFORMING TO THIS COURT, PETITIONER & OR COUNSEL REPRESEN- |
| 2 | TING IN **CASES CIV 464800, 467647 & CLJ 196194** as well as the FAMI- |
| 3 | LY LAW CASES No. 085609, (on going), 095215 & PROBATE CASE No. |
| 4 | 116970 (closed) that this cases were included in the **Federal Suit Cross Com-** |
| 5 | **Plaint against having as Defendant the four main chain of commands that** |
| 6 | **Due to the abuses of authority, discretions, lack of protection & the purpose** |
| 7 | Ly done filed cases, set ups against the Defendant in the name of the above many |

Estrella J. Benavides
3416 Beresford Ave.
Belmont, CA 94002   REPORTING CHANGE OF ADDRESS !
(650) 455-6334
Defendant/Respondent

**ENDORSED FILED**
SAN MATEO COUNTY

JAN   9 2008

Clerk of the Superior Court
By     A. De Leon
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN MATEO

CASE No.:   **CIV464800**

Plaintiff/Petitioner
PEOPLE and CITY OF SAN MATEO?
Or The People of the State of CA & City
Of San Mateo, a municipality & DOES
1 through 100,... 1000 ... MAFIA
GROUP MEMBERS PERSECUTING
US  INCLUSIVE.
Vs
Defendant/Respondent
Estrella Benavides

) 
) 
) **INFORMING THIS COURT ABOUT**
) **FEDERAL SUIT CROSS COMPLAINT**
) **FILED PERSONALLY AT SAN FCO.**
) **FEDERAL BUILDING ON 1/7/08 IN**
) **WHICH THIS CASE HAD BEEN IN-**
) **CLUDED C 08 0102 WDB ATTACHING**
) **COPY OF LETTER INFORMING TO**
) **PETITIONERS IN THIS CASE./ / /**
) 
) 
) 
) 
) **Date: January 15, 2008**
) **Time: 9:00a.m.**
) **Dept: LM, Hall of Justice & Records**
) **DEMAND FOR JURY TRIAL &**
) **PUBLIC OBSERVATION SET UP**

| | |
|---|---|
| 1 | INFORMING TO THIS COURT, PETITIONER & OR COUNSEL REPRESEN- |
| 2 | TING IN **CASES CIV 464800, 467647 & CLJ 196194** as well as the FAMI- |
| 3 | LY LAW CASES No. 085609, (on going), 095215 & PROBATE CASE No. |
| 4 | 116970 (closed) that this cases were included in the **Federal Suit Cross Com-** |
| 5 | **Plaint against having as Defendant the four main chain of commands  that** |
| 6 | **Due to the abuses of authority, discretions, lack of protection & the purpose** |
| 7 | Ly done filed cases, set ups against the Defendant in the name of the above many |

| Petitioner: People and City of San Mateo. | Case No. |
|---|---|
| Defendant: Estrella Benavides | CIV464800 |

| 1 | The lack of protection, the abuses of authorities & discretion purposely done |
|---|---|
| 2 | By many of the representatives of the law while keeping her child JAC-B & |
| 3 | Her granddaughter LJ under physical, mental & sexual abuses that she has been |
| 4 | Trying to report but they have been ignoring while retaliating and abusing her as |
| 5 | Well physically, mentally and sexually and while forcing her older children to |
| 6 | Filed the cases, to abuse her and to deny any support, not even to serve docu- |
| 7 | Ments while keeping her isolate, not having any friends while setting her up |
| 8 | To be abuse, control or manipulate to do what they want for their best inte- |
| 9 | Rest. Case No. C 08 0102 WDB is having as Defendants the (4) main chain of |
| 10 | Commandments from The Presidency of this country, The State of California, |
| 11 | The San Mateo County and the man who forced her to marry to him |
| 12 | Defendants are: George W. Bush -President of U. S. A., |
| 13 | Arnold Schwarzenegger, Governor of California |
| 14 | James P. Fox, San Mateo County |
| 15 | Concepcion Cabrera (Father of JAC-B) and the Plaintiff that |
| 16 | Has been responding as de Defendant in all the cases mentioned above |
| 17 | Estrella Benavides. The case is having an Ex-Parte contained in 17pgs. W/initials |
| 18 | Which is having a written word: COMPLAINT 1 OF 3 as she was asked to do |
| 19 | By the Federal new cases file teller & her boss. Also contained a Declaration |

| Petitioner: People and City of San Mateo. | Case No. |
|---|---|
| Defendant: Estrella Benavides | CIV464800 |

| | |
|---|---|
| 1 | & Accusation written in 44 pages. Every single of them initial & having the re- |
| 2 | Quested written word: Complaint 2 of 3 and the Ex-Parte for Orders in 6 pages, all |
| 3 | Initial and with the written word requested complaint 3 of 3 as the 3rd part of |
| 4 | My whole complaint. Requesting A JURY TRIAL & PUBLIC VIEW SET |
| 5 | UP AT THE TITLE OF THE 3 1ST PAGES OF THE 3 PARTS OF MY COM |
| 6 | PLAINT AS WELL AS AT THE END IN THE LAST PAGES OF THE 3 - |
| 7 | PARTS OF MY WHOLE COMPLAINT FILED ON 1/7/08 AT THE FEDE- |
| 8 | RAL BUILDING; SHE DID NOT STAMPED THE EXHIBITS, AS LAST |
| 9 | YEAR WITH CASE No. C 07 1732MHP, but received them. She tried to return |
| 10 | Them to me, but I remind her about my Pauperis Status request which if granted |
| 11 | The summonses, complaint & exhibits will be served by the court to the name |
| 12 | Defendants. The Exhibits were color code: Exhibit A-C (YELLOW) & contains |
| 13 | The Civil Cover Sheet (12pages), Exhibit A: A Brief Summary (39 pages), Exhi- |
| 14 | Bit B: A List of People (7pages), Exhibit C, general detail (4pages), Exhibit C.1: |
| 15 | Abbreviations (1page), Exhibit C.2: Detail Content of Exhibit C, contained in 32 |
| 16 | Pages, but last two used for Exhibits E, F & G. Followed by the last entrees of |
| 17 | Exhibit C Part II pages 177-192 & followed by the title section PAGE: EXHI- |
| 18 | BIT C PART II, Section 10 C.3 Case No. 085609 (pages from 19-144) C.4 Ca- |
| 19 | Se No. 095215 (pages from 145-176) C.5 Case No. 085609 Section 9 (page 1-18, |

| Petitioner: People and City of San Mateo. | Case No. |
|---|---|
| Defendant: Estrella Benavides | CIV464800 |

| | |
|---|---|
| 1 | Family Court Services. **Exhibits E, F & G** which were presented separated & |
| 2 | Color coded **GREEN** FOR THE **EXHIBIT E: Wife's Mandatory Short Cause** |
| 3 | Statement filed on #085609 on 7/31/07 & Amended in same case on 1/7/08 before |
| 4 | The Dissolution Hearing on that day submitting those pages as last entrees on Ex- |
| 5 | Hibit C Part II pages 177-192 in the Federal Suit File about 1:00p.m. since 11:00 |
| 6 | a.m. in the Federal Building 16th floor. **Exhibit F: color coded (PINK), THE   -** |
| 7 | **FORCED CONSERVATORSHIP ON MY PERSON AND ESTATE** by the |
| 8 | U. S. A. MAFIA GROUP through my older son, Walter Gutierrez containing 141 |
| 9 | Pages. **Exhibit G:** Color coded (BLUE) containing the three civil cases that I |
| 10 | Do have to the best of my knowledge **G.1** Case No. 464800 Entry Default by the |
| 11 | City of San Mateo, Case Report pages 1-3 and contained in 87 pages plus the last |
| 12 | Entrees on 1/7/08 pages from 88 through 92 for plaintiff documents received last |
| 13 | & page 93 my respond filed 1/7/08 & set up on top before filed the Federal Suit |
| 14 | **CC. G.2** The Case Report of Case No. CIV 467647 number as CIV 004 since this |
| 15 | Is the **only knowledge** I do have about this case and **G.3** Case No. CLJ 196194 |
| 16 | CIV 94-108 set up after description page. **This EXHIBITS WERE NOT** |
| 17 | STAMPED RECEIVED, BUT WERE GIVEN TO THE TELLER TO SERVE |
| 18 | WITH THE 3 PART COMPLAINTS AS SHE ASKED ME TO WRITE ON TOP |
| 19 | & she provided me with a piece of paper with the last name of the Judge Brazil, |

Page 4 of 6 Informing new address & Federal Suit Cross Complaint filed on 1/7/08.   filed on 1/9/08

| Petitioner: | People and City of San Mateo. | Case No. |
|---|---|---|
| Defendant: | Estrella Benavides | CIV464800 |

| 1 | With the name of the Secretary that reading right now is strange because said: "Ivy |
|---|---|
| 2 | Garcia (510) 637-3639, but the secretary should be in San Francisco & the phone |
| 3 | Number provided to me by her is not 415. **I FELT SENSATIONS IN MY ME-** |
| 4 | **MORIES & BRAIN: in LA one time they gave me a phone number in Miami** |
| 5 | That for sure were for fake terrorist as Bin Laden who worked with Bush Adminis- |
| 6 | Tration in the planned & execution of the September 11, but this is not it she did |
| 7 | Stamped the documents with a blue print **EFILLING** & **WHEN I ASKED SHE** |
| 8 | SAID THAT IS THE WAY THEY DO ENTERED THEM, BUT SHE ALSO GA- |
| 9 | VE A GREEN BOOLET TELLING ME WHAT TO DO, BUT IF I WENT TO |
| 10 | SAN FRANCISCO CARRYING MY TWO LITTLE MOBILE CAR CARRIER, |
| 11 | THAT I DID NEED TO PUSH FROM MY CAR TO THE FEDERAL BUIL- |
| 12 | DING, BUT LUCKILY I FOUND A YOUNG Yucatan, merida Mexican who very |
| 13 | Nicely helped me to push one of them to the front of the door entrance of the fede |
| 14 | Ral building is because **I AM THE MOST, THE MOST DUMB PERSON IN** |
| 15 | **THE USED OF THE INTERNET, I HATED I DO NOT HAVE ACCESS,** |
| 16 | **JUST THROUGH THE NORFOLK SM LIBRARIAN WHOM I BOTHER** |
| 17 | **ALL THE TIME WHEN I DO HAVE A NEED TO DO ANYTHING; TWO** |
| 18 | YEARS AGO I DID INSTALLED SOME OF MY DOCUMENTS, BUT I DID |
| 19 | FOLLOWING  UP INSTRUCTIONS GIVEN BY A KIND MAN WHO I MET |

| Petitioner: People and City of San Mateo. | Case No. |
|---|---|
| Defendant: Estrella Benavides | CIV464800 |

| | |
|---|---|
| 1 | AT COSTCO MODESTO.  DO NOT PUSHED ME INTO IT.  WATCH OUT! |
| 2 | I tried to filed the Federal Suit on 12/31/07, weather & RWC court hearing did not |
| 3 | Allowed me; I tried on Friday January 4, 08, but the copies of Exhibit C that the |
| 4 | Secretary of the MHP C 07 1732 was not able to give it to me as she tried one time |
| 5 | When I inquired about my third motion ignore because they were leaving early due |
| 6 | To the weather condition on Jan. 4, 07, but I **finally did filed on January 7, 2008.** |
| 7 | The same day the FLJ continue my Dissolution of Marriage Hearing which I was |
| 8 | never served to short my time to do this file Cross Complaint & I filed a MC-030 |
| 9 | After that hearing because this people do not know what it means ethics, professio- |
| 10 | Nalism & they did not allowed me to report the line & myself on that day & when |
| 11 | They one they do not record & worse Minute Order do not reflect what the Judge |
| 12 | Defendant or Petitioner said at the hearing & sometimes they change Orders as |
| 13 | In this case as well as in Case No. 085609.  Oh God, you are my salvation, I am |
| 14 | Trusting in you and I am not afraid!  Tear them in pieces as they tried to do to me! |
| 15 | Please read the title of the letter sent to the City of San Mateo Attorney's Offi- |
| 16 | Ce.  No doubt I will make through, The Lord Cause & his servant are been guided |
| 17 | Protected & save by him, Yeshua not Jehovah your enemy is the mighty one, not |
| 18 | Poor little me, but I am proud to be his servant & part of his cause! |
| 19 | Estrella Benavides, Yeshua's Servant |

**Estrella Benavides**

1864 Cottage Grove Ave. 94401 (Main Home)sold under foreclosure, but Yeshua, not Jehovah set them up & they sold not 1864, but 1064.1552 & 4 Lago St. 94403. U. S. A. denying my co-signer rights forcing my children to humiliate me not allowing me to Go there because they are embarrassed of me & my FORCED 1ˢᵗ Amendment public written accusation in my car.  San Mateo, CA

**3416 Beresford Ave. Belmont, CA 94002**, same set up might be sold under foreclosure robbing my equity as they tried with 1864 on 2/13/08, but believing in him I personally submitted a Federal Suit CROSS COMPLAINT at 450 Golden Gate Ave. San Francisco, CA 94102 on 1/7/08 under C 08 0102 WDB, but they stamped EFILLING BLUE SIGN & ASKED ME TO WRITE THE WORD COMPLAINT IN MY NEAT, NICE PRESENTED EX-PARTE which I did as 1 of 3 (17pgs), my Declaration & Accusation which I did as 2 of 3 (44pgs) and the EX-Parte Support (6pgs) which I did as 3 of 3. 7X=Original, Chamber, 4Defendants & mine with Exhibit's A-C, including D in Section 12 of C, & separated code by color E, F & G.  Exhibit B (List of People is containing your name & photocopies of your participation through out, but let me handle the roots & branches will be taking care based on their perform).  The Federal teller <u>SUGGESTED A TRO(?) no forms available, but suggested(?) smell fishy, but I will do, Yeshua is setting them up as their brilliant mind is setting me up!</u>

January 8, 2008

Shawn M. Mason
Bahareh Abdollahi
Lance Bayer
City of San Mateo Attorney's Office
330 West 20ᵗʰ Avenue
San Mateo, CA 94403

**INFORMING COURT OF FEDERAL SUIT CROSS CMPLAINT FILED PERSONALLY ON 1/7/08 C08 0102 WDB REQUESTING TO CHECK ON ABUSES, ALIENATION OF RIGHTS & FREEDOMS TO HIDE THEIR WORSE CRIME TO REVERSE. INFORMING ABOUT CHANGE OF ADDRESS!**

Shawn Mason et all, Attorney Office
Case No. CIV 464800:

On the last 3 documents filed I inform you and the Redwood City Court House of my change of address, nevertheless the last document that you filed was sent to my last address 1864 Cottage Grove Ave. San Mateo, CA 94401.  Please take a note of my new address: 3416 Beresford Ave., Belmont, CA 94401 as mentioned in the above title informing you that I filed a Federal Suit against all the abuses of authority, discretions you have been doing in this case at the Redwood City Court house with the participation of them.  Please be advise and read the title of my change of address letter informing you

Page __1__ of _2_   Informing about change of address & Federal Suit filed personally 1/7/08   Date: 1/8/08

of all of the above.

Sincerely,

Estrella Benavides

C.C. File CIV 464800

Estrella J. Benavides
<u>3416 Beresford Ave.</u>
<u>Belmont, CA 94002</u>
(650) 455-6334
Defendant/Respondent

**ENDORSED FILED**
SAN MATEO COUNTY

JAN 1 4 2008

Clerk of the Superior Court
By ___A. De Leon___
DEPUTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO

|  |  |
|---|---|
| Plaintiff/Petitioner | ) CASE No.: <u>CIV464800</u> |
|  | ) |
|  | ) REQUESTING THIS COURT TO |
|  | ) COORDINATE THE TRANSFER |
| People of the City of San Mateo | ) OF THIS CASE TO THE FEDE- |
| & DOES | ) RAL SUIT CROSS COMPLAINT IN |
| 1 through 100, . . . 1000 . . . MAFIA | ) WHICH THIS CASE HAD BEEN IN- |
| GROUP MEMBERS PERSECUTING | ) CLUDED C 08 0102 WDB & I INFOR- |
| US INCLUSIVE. | ) MED PLAINTIFF AS WELL AS MY |
| Vs | ) INTENTION TO APPEAR 1/15/08 TO |
| Defendant/Respondent | ) CONTEST THE TENTATIVE RULING |
| Estrella Benavides | ) DENYING MY REQUEST. |
|  | ) |
|  | ) Date: 1/15/08 |
|  | ) Time: 9:00a.m. |
|  | ) Dept: LM, Hall of Justice & Records |
|  | ) DEMAND FOR JURY TRIAL & |
|  | ) PUBLIC OBSERVATION SET UP |

| | |
|---|---|
| 1 | I INFORMED THIS COURT, PETITIONER & OR COUNSEL REPRESEN- |
| 2 | TING IN **CASES CIV 464800, 467647 & CLJ 196194** as well as the FAMI- |
| 3 | LY LAW CASES No. **085609**, (on going), **095215** & PROBATE CASE No. |
| 4 | **116970** (closed) that this cases were included in the **Federal Suit Cross Com-** |
| 5 | **Plaint No. C 08 0102 WDB** filed on 1/7/08 and I AM REQUESTING THIS |
| 6 | COURT TO COORDINATE THE TRANSFER OF THIS CASE TO THE |
| 7 | ABOVE FEDERAL SUIT CROSS COMPLAINT. /// |

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    2122
RECIPIENT ADDRESS           5227021
DESTINATION ID
ST. TIME                    01/14 14:21
TIME USE                    00'31
PAGES SENT                  2
RESULT                      OK
```

# FedEx Kinko's.
## Office and Print Center

# Fax Cover Sheet

CIU 464800

**Date:** 1/14/08

**To:** Shawn Mason at all

**Company:** City of Sn. Mateo DA

**Fax #:** (650) 522-7021

**Total # of pages (incl. this sheet):** 2

**From:** Estella Benavidez

**Company:** N/A

**Phone #:** (650) 455-6334

**Additional Comments:** Informing you about a request to transfer +
coordinate transfer to Federal Suit Filed 1/7/08 +
I informed you?
Attached to letter 1of1  1/13/08

Estella
Yeshua's Servant

**Estrella Benavides**

1864 Cottage Grove Ave. 94401 (Main Home)sold under foreclosure, but Yeshua, not Jehovah set them up & they sold not 1864, but 1064.1552 & 4 Lago St. 94403. U. S. A. denying my co-signer rights forcing my children to humilliate me not allowing me to Go there because they are embarrassed of me & my FORCED 1ˢᵗ Amendment public written accusation in my car. San Mateo, CA

**3416 Beresford Ave. Belmont, CA 94002**, same set up might be sold under foreclosure robbing my equity as they tried with 1864 on 2/13/08, but believing in him I personally submitted a Federal Suit at 450 Golden Gate Ave. San Francisco, CA 94102 on 1/7/08 under C 08 0102 WDB, but they stamped EFILLING BLUE SIGN & ASKED ME TO WRITE THE WORD COMPLAINT IN MY NEAT, NICE PRESENTED EX-PARTE which I did as 1 of 3 (17pgs), my Declaration & Accusation which I did as 2 of 3 (44pgs) and the EX-Parte Support (6pgs) which I did as 3 of 3. 7X=Original, Chamber, 4Defendants & mine with Exhibit's A-C, including D in Section 12 of C, & separated code by color E, F & G. Exhibit B (List of People is containing your name & photocopies of your participation through out, but let me handle the roots & branches will be taking care based on their perform). The Federal teller <u>SUGGESTED A TRO(?) no</u> <u>forms available, but suggested(?) smell fishy, but I will do, Yeshua is setting them up</u> <u>as their brilliant mind is setting me up!</u>

January 13, 2008

Shawn Mason et all
Bahared Abdollahi
Lance Bayer
City of San Mateo City Attorney's Office
330 West 20ᵗʰ Avenue
San Mateo, CA 94403
(650) 522-7020 Telephone
(650) 522-7021 Facsimile

Mason et all:

      Informing you of my intent to appear on the Hearing date 1/15/08 at 9:00a.m & also requesting the coordination & transfer of this case to my federal suit Cross Complaint personally filed on 1/7/08 as I informed you and this court filing a document informing you on 1/9/08.

Sincerely,

Estrella Benavides
The Lord, Yeshua's Servant

Page 1 of 1 ebb Initials Shawn Mason et all informing intent to appear on 1/15/08    Filed on 1/14/08

*head 1/7 and over again 1/14/08 (of LM)*
*Feb 25, 08 + the clerk of Mira*
*authorized her to do so 9:00 a.m.*

Estrella J. Benavides
3416 Beresford Ave.
Belmont, CA 94002
(650) 455-6334
Defendant/Respondent

**ENDORSED FILED**
SAN MATEO COUNTY

JAN 1 5 2008

Clerk of the Superior Court
By Mary Lou Dragonryder
DEPUTY CLERK

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN MATEO**

|  |  |
|---|---|
| Plaintiff/Petitioner<br>PEOPLE and CITY OF SAN MATEO?<br>Or The People of the State of CA & City<br>Of San Mateo, a municipality & DOES<br>1 through 100, . . . 1000 . . . MAFIA<br>GROUP MEMBERS PERSECUTING<br>US INCLUSIVE.<br>Vs<br>Defendant/Respondent<br>Estrella Benavides | ) CASE No.: <u>CIV464800</u><br>) <u>REQUESTING 2ND TIME MOTION FI-</u><br>) <u>LED 12/27/07, 1/7/, 1/9 & 1/14/08 TO BE</u><br>) <u>CONSIDERED FOR THE RE-RE-RE-</u><br>) <u>CONSIDERATION SUBMITTED & DES-</u><br>) <u>CRIBED ABOVED FOR THE CONTES-</u><br>) <u>TING OF TENTATIVE RULING 10/19 &</u><br>) <u>12/7/07. ACCUSING PLAINTIFF, RED-</u><br>) <u>WOOD CITY COURT SYSTEM TO BE</u><br>) <u>ALTERING DOCUMENTS FILED, &</u><br>) <u>BEEN DENYING THE COURT DATES,</u><br>) <u>DEPARTMENT ASSIGNED TO FORCE</u><br>) <u>ME IN DEFAULT NOT ONLY IN THIS</u><br>) <u>CASE; DENYING PROPER COPY OF</u><br>) <u>PROPER DOCUMENTS TO RESPOND</u><br>) . . .! DATE : February 25. 2008<br>) Time: 9:00 a.m. JUDGE: MIRAM *Dept. 28*<br>) <u>Dept</u>: <u>Unknown</u> since Rm A said LM,<br>) & case heard 1/15/08 8th Wrongfully!<br>) <u>DEMAND FOR JURY TRIAL &</u><br>) <u>PUBLIC OBSERVATION SET UP !</u> |

| | |
|---|---|
| 1 | <u>SINCE I AM NOT A LAWYER, SINCE THEY ARE GIVEN TITLES BA-</u> |
| 2 | SED <u>ON TYPE OF MATTER HANDLE DUE TO THE VAST KNOWLED-</u> |
| 3 | <u>GE REQUIRED. SINCE I HAD TRIED TO HIRE MANY,</u> BUT THEY - |
| 4 | TRIED <u>TO SET ME UP</u> NOT ONLY ON THE FAMILY LAW FACILITA- |
| 5 | TOR OF THIS COURT HOUSE, <u>SINCE BY LAW I CAN REPRESENT -</u> |
| 6 | <u>MYSELF, BUT BY LAW I CAN NOT KNOW THE EXACT CODES TO</u> |
| 7 | <u>BE APPLYING. Since I had written many lengthy begs, accusation to many</u> |
| 8 | Of the law representatives from Bush, Congress people, Human Rights, ACLU, |

| Petitioner: People and City of San Mateo.<br>Petitioner: People and City of San Mateo.<br>Defendant: Estrella Benavides | Case No.<br>Case No.<br>CIV464800 |
| --- | --- |

| | |
| --- | --- |
| 1 | & many, many others representatives of the law for the best interest of my |
| 2 | Child who is been threaten to be kill to quiet my discoveries & accusation. |
| 3 | SINCE MY CHILD IS BEEN RAPE, ABUSE PHYSICALLY & MENTALLY |
| 4 | AS WELL AS MY GRANDDAUGHTER, ME MY CHILDREN & MILLIONS |
| 5 | OTHERS AS Britney Spear who was saved by the Lord while the U. S. govern- |
| 6 | Ment representatives who were trying to force her to kill her baby & commit suicid |
| 7 | Who as well as me (twice without following the criteria I was put under 51-50 to |
| 8 | Be abuse in any way perform) as they are doing to Britney after they forced |
| 9 | Her to be out of mind: forcing her not to eat properly, denying her right to be with |
| 10 | Her children, given her all the pressure through the median who are working toge- |
| 11 | Ther from Bush to neighbors to persecute & set up the people not belong to the |
| 12 | U. S. A. GOVERNMENT REPRESENTATIVES MAFIA RELIGIOUS GROUP |
| 13 | 1) I am requesting to considered the document described above & filed for |
| 14 | The wrong set up hearing on 1/15/08 on the 8th floor that I was not even informed |
| 15 | Of the change since in all my documents since my 1st respond for the Entry of De- |
| 16 | Fault were address by Judge Miram supposedly in Long Motion Department |
| 17 | 2nd Fl not as today on the 8th floor by judge Weiner, I am accusing the Red- |
| 18 | Wood city Court System to be doing that purposely to force me in default, to |

| Petitioner: People and City of San Mateo. | Case No. |
|---|---|
| Defendant: Estrella Benavides | CIV464800 |

| | |
|---|---|
| 1 | To allow the City of San Mateo to 1) HIDE THE WORSE CRIME PERPE- |
| 2 | TRATED AGAINST HUMAN BEINGS NOT BELONG TO THEIR RELI- |
| 3 | GIOUS GROUP. 2) TO ALIENATE MY FREEDOM OF SPEECH WHICH |
| 4 | NOT EVEN CONGRESS CAN ENACT NO LAW AGAINST & WHICH <u>DO</u> |
| 5 | <u>NOT SPECIFY TYPE, SIZE TO ENFORCE IT. 3) ALLOWING THEM TO</u> |
| 6 | <u>KEEP ABUSING MY CHILD & MILLIONS OTHERS WHILE I AM FOR-</u> |
| 7 | <u>CED TO RUN OUT OF MONEY, FORCE MY PROPERTY INTO FORE-</u> |
| 8 | CLOSURE, WHILE ISOLATING ME TO NOT ALLOW ME TO EVEN |
| 9 | SERVE MY MOTION, WHILE TRYING TO HOLD ME AT HOME TO |
| 10 | ALLOW ME TO MAKE PUBLIC THEIR CRIME, WHILE USING EVEN |
| 11 | THE POST OFFICER TO NOT ALLOW ME TO BEG PEOPLE TO HELP ME |
| 12 | PROOF SERVE THE DOCUMENTS FILED, BUT ALLOW INSTITUTION LI- |
| 13 | KE COSTCO, B O F A TO NOT ACCOMMODATE ON MY REQUEST TO |
| 14 | ENFORCE MY FREEDOM OF SPEECH FOR THE BEST INTEREST OF MY |
| 15 | CHILD &MILLIONS OTHERS WHO AS BRITNEY SPEAR WAS ALMOST |
| 16 | FORCED TO COMMIT SUICIDE & PUTTING HER CHILD LIFE IN DANGER |
| 17 | WHILE PEOPLE LIKE THE FAM. COURT SERVICES, KAY CODDINGTON |
| 18 | <u>DENIED SINCE 3/8/07 ANY RIGHT FOR ME TO SEE MY CHILD WHEN</u> |
| 19 | <u>I NEVER VIOLATE NO LAW, THE CITATIONS GIVEN TO ME ON 9/14</u> |

| Petitioner: People and City of San Mateo. | Case No. |
|---|---|
| **Defendant: Estrella Benavides** | **CIV464800** |

| | |
|---|---|
| 1 | <u>2006 **DID IGNORE THE EXCEPTCION** OF THE USE OF A PA SPEAKER</u> |
| 2 | <u>IN EMERGENCY CASES: THE THREAT ON MY CHILD LIFE RECEIVED</u> |
| 3 | <u>BY ME & I HAD INFORMED TO MANY OF THE LAW REPRESENTATIVES</u> |
| 4 | **3) TO "LEGALLY" ROB ME, FORCE ME TO PAY FOR A SIGN CODES** |
| 5 | THAT CAN NOT BE APPLIED TO MY FREEDOM OF SPEECH & RELIGION |
| 6 | **4) To deny my right requesting a JURY TRIAL & PUBLIC VIEW SET UP** |
| 7 | SINCE THE 1st motion filed due to the crime committed by the representatives of |
| 8 | The law which I will define as the one use in Anita's & Thomas Case, the Supre- |
| 9 | Me Court judge accused by Anita, BUT HAVING THE PEOPLE OF THIS COUN |
| 10 | TRY AS THE JUDGE SINCE THE REPRESENTATIVES OF THE LAW ARE |
| 11 | BEEN ACCUSED BY ME AS THE CRIMINALS ACTING AS PLAINTIFF IN |
| 12 | THIS CASE WHILE KNOWING OF THE CRIME BEEN COMMITTED ALL |
| 13 | OVER & AT ALL LEVELS FROM BUSH TO NEIGHBORS ALIENATING |
| 14 | RIGHTS, FREEDOMS & WORSE THE CONSTITUTION OF THIS COUNTRY, |
| 15 | KILLING, ROBBING, FORCING TO VIOLATE THE LAW & SETTING THE |
| 16 | PEOPLE NOT BELONG TO THEIR RELIGIOUS GROUP IN ANY WAY PER- |
| 17 | FORM./ / / |
| 18 | **5)** I am requesting this court to provide me with a certify copy of this file since I |
| 19 | Do have the court orders signed by Judge Miram with two different dates stamped |

| Petitioner:   People and City of San Mateo. | Case No. |
|---|---|
| Defendant: Estrella Benavides | CIV464800 |

| | |
|---|---|
| 1 | 12/5/07 & 12/7/07, but I did thank the Plaintiff for my written proofs of their crime |
| 2 | done to millions of people who are set up to not be able to see the changes, to not |
| 3 | Be able to see their crime: hide notes, high rate increases as done to millions in the |
| 4 | Real Estate & is well known & still not able to see the thousands of dollars added |
| 5 | To buyers the thousand of dollars taken from sellers, but I am accusing; I WILL |
| 6 | MAKE YOUR CRIME PUBLIC, I WILL LEAVE YOU WITH ONE HAND ON |
| 7 | THE FRONT AND ONE HAND ON THE BACK ONLY!, THE LORD, YES- |
| 8 | HUA HAD ASKED ME TO PUT MY FACE WHILE TRAINED BY YOU & |
| 9 | I NEVER THREAT ANYONE LIFE BECAUSE HE HAD ASKED ME TO NOT |
| 10 | PUT BLOOD IN MY HAND, BUT YES WITH MY ACCUSATION THREAT |
| 11 | I WILL PAY YOU BACK AS YOU DESERVE & LOVE: HIGH RATE & EQUI |
| 12 | TY, NO FEELINGS, THE BEST MACHINE EVER IN THIS WORLD WILL |
| 13 | PERFORMED FOR YOU THE BEST OF ALL YOU EVER SAW OR WILL - |
| 14 | SEE.  I WILL NEVER MAKE NO ONE THE FAVOR TO TAKE THEM FROM |
| 15 | WHAT IS TO COME FOR THEM, I AM GOING OUT OF THE TUNNEL & I |
| 16 | AM LEAVING YOU WHERE YOU DESERVE TO BE: **THE FEAR OF GOD,** |
| 17 | **YESHUA, NOT JEHOVAH IS THE FOUNTAIN OF WISDOM, ENJOY IN** |
| 18 | **HIS & MY NAME FOR THE YEARS TO COME!  Once more requesting** |
| 19 | Based on my pauperis status approved & due to the basic of this accusation & |

| Petitioner: People and City of San Mateo. | Case No. |
|---|---|
| Defendant: Estrella Benavides | CIV464800 |

| 1 | The Federal Suit case Filed 1/7/08 that I informed to this court & Plaintiff, not |
|---|---|
| 2 | Based on codes or specific laws, but based on my best knowledge & conditions |
| 3 | Due to the religious persecution done by the representatives of the law. |
| 4 | **6) I am Certifying & I swear under the laws of the State of California, Under** |
| 5 | The Laws of my Lord, Yeshua, not Jehovah, my God, that all  that is written on the |
| 6 | Above line of this Declaration as well as all the documents submitted not only in |
| 7 | This matter, but in cases CIV 467647, CLJ 196194, PROBATE CASE No. 116970 |
| 8 | FAMILY CASES No. 085609, 095215 filed by me are true and correct to the best |
| 9 | Of my knowledge.  THAT I NEVER RECEIVED COPY OF THE INITIAL MO- |
| 10 | TION FILED IN THIS CASE AS I HAVE BEEN WRITING IN MY MANY DO |
| 11 | CUMENTS FILED AS RESPONSE FOR THIS ENTRY OF DEFAULT IN - |
| 12 | WHICH I ACCUSED THE SERVER OF COMMITTING A FELONY & DUE |
| 13 | TO MY TREMORS TO BE KILL TO HIDE THE U. S. A. GOVERNMENT RE- |
| 14 | PRESENTATIVES CRIME I DID NOT RECEIVED THAT DOCUMENT, that as |
| 15 | They constantly tried to force to respond based on 1808 who knows what code as |
| 16 | I was advised today by the Judge Weiner I NEVER DID YET, BECAUSE I AM |
| 17 | NOT WAIVING MY RIGHT TO BE SERVE PROPERLY AS THE COUNSEL |
| 18 | DID ON FRONT OF JAKUBOSKI, FAMILY LAW JUDGE WHEN DUE TO |
| 19 | THEIR PERSECUTION & RETALIATION I AM NOT ABLE TO SERVE THE |

| Defendant: Estrella Benavides | CIV464800 |
| --- | --- |

| | |
| --- | --- |
| 1 | FILED.  That not only in this court this is happening, but in the Federal Court |
| 2 | Building where I filed my Federal Suit Cross Complaint they are doing the same |
| 3 | While KILLING, ROBBING & DENYING MY RIGHTS, FREEDOM KNOW- |
| 4 | ING THAT TO THE BEST OF MY KNOWLEDGE I AM ACCUSING AND BY |
| 5 | LAW I CAN NOT KNOW THE CODES OR PERTAINING SPECIFIC FOR ALL |
| 6 | THE MATTER IN WHICH THEY ARE SETTING ME UP TO TRIED TO PUT |
| 7 | ME IN JAIL, TO TAKE MY RIGHTS AS A PERSON AND MANY OTHERS. |
| 8 | I am writing this affidavit from page 6 till 7 of this declaration and I certify & de- |
| 9 | Clared writing this document in the county of San Mateo at 3416 Beresford Ave., |
| 10 | Belmont, CA 94002 on January 15, 2008 at 12:41p.m. AND ONCE MORE I - |
| 11 | SWEAR THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST |
| 12 | OF MY KNOWLEDGE./ / /                    *Benavides*  1/15/08 |
| 13 | January 15, 08  Estrella Benavides, Yeshua, The Lord Servant! |
| 14 | 7) I am attaching copy of the follow up in this case to make it easier to follow |
| 15 | My accusation in this case. // *2 pages only!* |
| 16 | Last Line. / / /  Documents are not attached were filed as described above & I |
| 17 | Am requesting to be considered for this re-re-re-re consideration which was filed |
| 18 | On time as plaintiff never did, but due to the religious persecution was sent to the |
| 19 | Wrong department and floor./ / /                    *Benavides*  1/15/08 |

Note: Judge Miram who had rule on Entry Default is Not my judge assigned on Law + motion clerk. She sent me to his court room 2F, the clerk wants me varied on (?) filed the doc. They are not allowing me to do so. ela

# EXHIBIT G

## CASE <u>CIV 464800</u>

## G.1 Pages: 1 - 93 + LAST ENTREES

**9/10/07** <u>ENTRY OF DEFAULT.</u>

**9/17/07 DR** arguing that was not served properly, that the server commit a felony that she did make    86
A report to SMPD on 8/2/07 she did request copy of it on 9/17/07 & was not provided.  Requesting a
Jury Trial & Public View.

**9/25/07 PR objecting to Jury Trial since this is an injunctive action & for public view I did not**    83
Define terms. IGNORE MY ARGUMENT THAT I NEVER RECEIVED THE DOCUMENT SINCE
THE SERVER COMMIT A FELONY & I AM AFRAID TO BE KILL BY THE U. S. A. GOV. RE-
PRESENTATIVES IN RETALIATION FOR **MY EFFORTS TO MAKE PUBLIC THEIR CRIME**
**"SETTING UP PEOPLE TO VIOLATE THE LAW, BENDING, REPEALING, ALIENATING THE**
**CONSTITUTION ITSELF"** THEY HAD TRIED SEVERAL TIMES TO KILL ME & THREAT MY
CHILD LIFE.  They requested me to comply with the statutory provisions, but **I NEVER RECEIVED**
**THE MOTION.**

**10/9/07 DR** arguing that they are totally **ignoring her responses, SHE NEVER RECEIVED THE**    79
**MOTION THEREFORE SHE IS NOT IN DEFAULT WITH THE STATUTORY PROVISIONS,**
**THEY ARE OVER SEEING THE FELONY COMMITTED BY THE SERVER.**

**10/19/07 HEARING WHERE THEY WERE NOT PRESENT & I WAS NOT AWARE OF THE**    72
**COURT RULES.  The Tentative rule was given to me at the Hearing.**
**DENIED WITHOUT PREJUDICE & ORDER PLAINTIFF TO RENEW MOTION COMPLYING**
**WITH STATUTORY REQUIREMENTS.**

**10/29/07 H 10/30/07 DR** disapproving the proposed order telling I could & should swear for the 3rd    66
time that ID did not received copy of the matter due to crime committed by server & the religious
persecution & my tremors to be kill by the U. S. A. **TO HIDE THEIR WORSE CRIME.**

**S 11/14/07 PR to DR of disapproval of proposed order, they change the court ruling of 10/19/07**    58
To Defendant instead of Plaintiff WITHOUT CONTESTING, BUT CHANGING THE ORDER.    50

**11/16/07 DR H 11/30/07 ASHAMED!, JUST BECAUSE I DID NOT WRITE THAT PROPOSED**
**RULING DID NOT CONFORM TO THE COURT'S ORDER I WAS NOT DISSAPROVING THE**
**CHANGES MADE BY THEM & AGAIN DEFENDANT REMIND THEM ABOUT THE FELONY**
**& WHY SHE WAS NOT IN DEFAULT OF THE PROVISIONS.**    41

**11/28/07 H 11/30/07 IN COMBINATION WITH THE PROBATE DEPARTMENT TOOK MY**
**RIGHTS AS A PERSON MAKING A MISTAKE I INTRODUCED AN EX-PARTE THAT WAS**
**DENIED DUE TO THE DEFICIENCIES, & PURPOSELY DONE MISTAKE TO NOT ALLO-**

EXHIBIT G PART II ALSO PART II OF EXHIBIT E PART II    1/13/08

WED ME TO REPRESENT MYSELF ON THE HEARING 11/30/07

11/28/07 H 11/30/07 WITHOUT INTRODUCING AN OFFICIAL DOCUMENT I REQUESTED    24
THE HEARING ON 11/30/07 TO BE CONTINUE ON 12/7/07.

12/05/07 CASE MANAGEMENT CONFERENCE REQUESTING THE HIGHEST AMOUNT    18
$ 25,000.00 <u>DEMONSTRATING THAT THIS IS NOT AN INJUNCTIVE MATTER WAS CON-</u>
TINUE DUE TO THE MOTION INTRODUCED FOR THE 11/30/07

12/7/07 Continuation Hearing 11/30/07 the Motion for the Defendant Disapproval was granted    17

12/17/07 DR requesting a re-re-re consideration of the tentative rule of 10/19/07 granted again    16
In its exacts words requesting Plaintiff to renew the motion & comply with the requirements.  Defendant
Requesting $ 5000.00 for the stress & expenses. & repeating that she did not received the motion    12

Case Management Statement saying amount demanded Unlimited Case $ 25,000.00

12/7/07 Order denying Defendant motion to set aside default having a correction on date.    07

12/20/07 Defendant addendum to their abuses of authority & discretion, changes in court order,    03
& many others.

12/5/07 <u>Altered document to correct their crime.</u>    01

12/28/07PR H 1/15/08 using an altered document to manipulate the set ups & abuses.    91

1/7/08 DR requesting that plaintiff read her documents.  THEY NEVER CONTESTED THE    88
COURT RULING.  THEY COMMITTED A CRIME BECAUSE THEY TRIED SEVERAL TIMES
TO CHANGE EVEN WITH THE PARTICIPATION OF THE JUDGE.    93

*January entries not written P., but requesting to consult ebl*

# ABBREVIATIONS USED

F: Filed
H: Hearing Date
PF & OAH: Petitioner's Counsel Finding & Order at Hearing.

PR:  Petitioner's Response
DM: Defendant's Motion

MO: Minute Order.
DF: Defendant's Filed    S: Signed

EXHIBIT G PART II ALSO PART II OF EXHIBIT E PART II ebl    1/13/08