UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTRELLA J. BENAVIDES,

    Plaintiff(s),

  vs.

GEORGE W. BUSH, et al.,

    Defendant(s).
                                                  /

No. C-08-0102 MHP

**ORDER DENYING IN FORMA PAUPERIS STATUS AND DISMISSING COMPLAINT**

      Plaintiff has filed a complaint naming the same defendants she named in C-07-01732MHP, which was dismissed *sua sponte* by this court by order dated April 3, 2007. This action was filed and assigned to another Judge of this court on January 7, 2008, and he has referred the matter to this judge for a determination of whether they are related pursuant to Civil Local Rule 3-12. This court finds that the cases are related.

      Once again plaintiff makes scattered and incomprehensible allegations against the same defendants, President George W. Bush, Governor Arnold Schwarzenegger, the District Attorney of San Mateo County and her husband or former husband. Once again the complaint makes no sense and she appends documents unrelated to each other which are inexplicable with respect to any of the claims, at least insofar as this court can tell. Once again what these defendants have to do with each other is a mystery. Once again, other than her husband, what the others have to do with plaintiff is equally a mystery.

      It appears that some of plaintiff's grievances relate to proceedings wherein she was placed under a conservatorship by the Superior Court for San Mateo County. To the extent that those

1

proceedings are the gravamen of plaintiff's complaint, this court lacks jurisdiction. Plaintiff's remedy is in the state court and possibly the California Court of Appeals which reviews decisions of the Superior Court.

There is nothing in plaintiff's filing from which it can be determined that this court has jurisdiction. As with her earlier case, the allegations and statements plaintiff makes in her papers are convoluted, rambling and incoherent. As far as the court can tell plaintiff states no basis for a cognizable federal claim.

The district court may deny *in forma pauperis* status and even where the filing fee is paid dismiss a complaint *sua sponte* if federal subject matter jurisdiction is lacking or if the complaint is frivolous. See 28 U.S.C. §1915(e)(2). A complaint is frivolous if "it lacks an arguable basis either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325 (1989)(found to be superseded on other grounds by reason of adoption of section 1915(e) which makes dismissal for failure to state a claim mandatory, see, e.g., Lopez v. G.A.Smith, 203 F.3d 1122, 1126 (9thCir.2000); Cruz v. Gomez, I/O, 202 F.3d 593, 596 (2dCir.2000)).

Where a complaint fails to state "any constitutional or statutory right that was violated, nor asserts any basis for federal subject matter jurisdiction", there is no "arguable basis in law" under Neitzke and the court on its own initiative may decline to permit the plaintiff to proceed and dismiss the complaint under section 1915(d). Cato v. United States, 70 F.3d 1103, 1106 (9th Cir. 1995).

Furthermore, where the complaint alleges facts that are "clearly baseless", "fanciful", or "delusional" it may be dismissed as frivolous. Denton v. Hernandez, 504 U.S. 25, 112 S.Ct. 1728, 1733 (1992)(also found superseded in that dismissal was within discretion of district court under section 1915(d) and now, under section 1915(e)(2) dismissal is mandatory, see Cruz v. Gomez, 202 F.3d at 596). If the pro se plaintiff can cure the factual allegations in order to state a claim, the court may give her leave to do so. However, if repleading cannot cure the deficiencies the court may dismiss without leave to amend and even dismiss with prejudice. See Cato v. United States, 70 F.3d at 1106.

For the reasons articulated above this court does not see how plaintiff could "amend" her

2

essentially non-existent complaint or modify and distill the papers she has filed into a complaint over which this court would have jurisdiction.   From a review of plaintiff's filing, the court doubts that plaintiff could sufficiently allege a claim that would be comprehensible and within the court's jurisdiction.

Therefore, in accordance with the foregoing, the court finds that:

1) pursuant to Civil L.R. 3-12 this action is related to the earlier filed action of C-07-1732MHP and this action is reassigned to the undersigned judge;

2) plaintiff's application to file her action *in forma pauperis* is DENIED; and

3) plaintiff's complaint herein is DISMISSED under 28 U.S.C. § 1915(e)(2)(B).

IT IS SO ORDERED.

Date: January 17, 2008

_____
MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ESTRELLA J. BENAVIDES,

        Plaintiff,

v.

GEORGE W. BUSH et al,

        Defendant.

Case Number: CV08-00102 WDB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Estrella J. Benavides
3416 Beresford Avenue
Belmont, CA 94002

Dated: January 18, 2008

        Richard W. Wieking, Clerk
        By: Anthony Bowser, Deputy Clerk