

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Estrella J. Benavides
3416 Beresford Ave.
Belmont, CA 94002
(650) 455-6334
Plaintiff

ORIGINAL
COMPLAINT 1 OF 1 ONLY!

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Cross Complaint | ) CASE No.: **C 08 0102 WDB** <br> )DECLARATION OF PLAINTIFF OPPO <br> )SSING SINCE PART OF MY ACCUSA- |
| Plaintiff: Estrella J. Benavides | )TION IS ACCUSING JUDGE MHP OF <br> )DENYING 2X MY PAUPERIS STATUS |
| Vs | )WITHOUT DETERMINE, IGNORING <br> )MY 3RD MOTION KNOWING THAT I <br> )WROTE MANY TIMES BABY IS BEEN <br> )RAPE, THAT I INTRODUCED AN EX- |
| George W. Bush, President of The USA <br> Arnold Schwarzenegger, Governor of CA <br> James P. Fox, SM County DA and <br> Concepcion M. Cabrera & Does 1 thru <br> 1000... Mafia Group Inclusive. | )PARTE INFORMING MY LACK OF - <br> )KNOWLEDGE & REQUESTING, BEG <br> )GING FOR LEGAL AID & NOW & ON <br> )1/16/08 IN OAKLAND I FILED 3 DOC. <br> )ONE HAVING AN AFFIDAVIT TA- <br> )KING FULL RESPONSIBILITY ACCU <br> ))SSING U. S. A. GOV. REP. AS CRIMI- <br> )NALS <u>CAN THEY JUDGE?</u> CASES FI <br> )LED HAD CHANGES DUE TO RETA <br> )LIATION.  CROSS COMP. CIV. & FAM. <br> ) DEMAND FOR JURY TRIAL & <br> ) PUBLIC OBSERVATION SET UP! |

| 1 | The cases are related, but documents filed as case under docket No. C 07 1732 |
|---|---|
| 2 | MHP ARE **SLIGHTLY DIFFERENT** FROM C 07 2081 JL CHANGE AS C 07 |
| 3 | 1732 MHP, BUT CASE FILED PERSONALLY IN San Francisco are having at |
| 4 | Least THREE HUNDRED PAGES MORE THAN THE TWO FIRST DOCKET |
| 5 | No. C 08 0102 WDB is described in one of the documents filed at Oakland Court |
| 6 | Clerk on January 16, 08 by Cindy who knew my case so well and mentioned this |
| 7 | Referral in process, unfortunately the time was not stamped which would it made |
| 8 | A different in the description of the motion, but is one of the three documents th |



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Plaintiffs: Estrella Benavides | Case No. |
|---|---|
| Defendant: George W. Bush, Arnold Schwarzenegger, James P. Fox, & Concepcion Cabrea & Does 1 thru 1000 . . . Inclusive | C 08 0102 WDB |

| | |
|---|---|
| 1 | Were filed in Oakland between 2-3:00p.m.on the 4th floor the Security guy said: |
| 2 | Right, left, right. Unknown the codes or basic, but for me as a Citizen of the U. S. |
| 3 | A. feel that this case should be handle totally different, the honorability, the best |
| 4 | Interest of millions of others citizen are in the plate & I am accusing taking full |
| 5 | Responsibility and I swear under penalty of perjury that millions are been rob as |
| 6 | Publicly known the foreclosure scandal in which people were not informed about |
| 7 | The rates increased, but worse they do not know WHAT I AM TELLING YOU |
| 8 | UNDER PENALTY OF PERJURY THAT THOUSANDS WERE ADDED OR |
| 9 | I SHOULD SAY ROB TO THE BUYERS AND THAT MONEY IS BEEN SHA- |
| 10 | RE BY THIS MAFIA GROUP ALIENATING THE GOVERNMENT & WORSE |
| 11 | THE CONSTITUTION OF THIS COUNTRY! /// |
| 12 | **II The second document I filed on 1/16/08 in Oakland 4th floor for sure was** |
| 13 | The Declination to Proceed before a Magistrate Judge and I was expecting changes |
| 14 | On dates & times in orders given to me. /// |
| 15 | **III Please read my affidavit filed & refer my case to the appropriate & let me** |
| 16 | **Know and I am requesting this accusation against the U. S. A. GOVERN-** |
| 17 | MENT REPRESENTATIVES SHOULD BE PUBLICLY HANDLE & SHOULD |
| 18 | BE THE PEOPLE OF THIS COUNTRY THE JUDGE, NOT THE REPRESEN- |
| 19 | TIVES WHO ARE BEEN ACCUSED & IN ONE OF MY DOCUMENTS FILED |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Plaintiffs: Estrella Benavides | Case No. |
|---|---|
| Defendant: George W. Bush, Arnold Schwarzenegger, James P. Fox, & Concepcion Cabrea & Does 1 thru 1000 . . . Inclusive | C 08 0102 WDB |

| | |
|---|---|
| 1 | MY LACK OF KNOWLEDGE DO NOT GIVE ME THE EXACT CODES OR |
| 2 | LAWS THAT PERTAINED, BUT MY COMMON SENSE & DUE TO WHAT |
| 3 | I AM LIVING, THE DIFFICULTIES I AM HAVING TO EVEN SERVE THE |
| 4 | DOCUMENTS FILED, DUE TO THE RELIGIOUS PERSECUTION THAT IS |
| 5 | KEEPING ME ISOLATED, CONFINE IN MY HOUSE IF I DO NOT FORCED |
| 6 | CONDITIONS TO BE ABLE TO DO SO./ / / |
| 7 | ONCE MORE I AM LETTING YOU KNOW THAT I DO NOT HAVE THE |
| 8 | KNOWLEDGE OF CODES AND LAWS AS THEY ARE REQUESTING IN |
| 9 | REDWOOD CITY COURT AS A RETALIATION, I AM BEGGING YOU SIN |
| 10 | CE MY BABY AS WELL AS **MILLIONS, MILLIONS OTHERS ARE BEEN** |
| 11 | **ABUSE. PLEASE HELP BECAUSE I TRIED TO REPORT MARKS &** |
| 12 | ABUSES FOUND IN HIS BODY I CAN NOT SEE HIM SINCE 3/8/08. THE |
| 13 | U. S. A. GOVERNMENT REPRESENTATIVES ARE ISOLATING ME, DO |
| 14 | NOT ALLOWED ME TO USE ABSOLUTELY ANYTHING TO MAKE PU- |
| 15 | BLIC MY DISCOVERIES & ACCUSATION. PATRONS LIKE B OF A, COST- |
| 16 | CO, THE FLEA MARKET ARE NOT ALLOWING ME TO ENFORCE MY |
| 17 | 1ST AMENDMENT FREEDOM OF SPEECH AS WRITTEN IN THE CONSTI- |
| 18 | TUTION. I DO NOT HAVE ANYONE WHO CAN HELP ME TO PROOF SER |
| 19 | VICE THE DOCUMENTS FILED BECAUSE THEY ARE NOT ALLOWING. |

Page 3 of 6 ___ Initials Plaintiff's Decl. opposing referral to MHP of Case C 08 0102 WDB 1/18/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Plaintiffs: Estrella Benavides | Case No. |
|---|---|
| Defendant: George W. Bush, Arnold Schwarzenegger, James P. Fox, & Concepcion Cabrea & Does 1 thru 1000 . . . Inclusive | C 08 0102 WDB |

| 1 | **IV Due to all the above declarations & facts I, Estrella Benavides, a citizen of** |
| --- | --- |
| 2 | The United States of America, who resides in San Mateo County, at 3416 Beres- |
| 3 | Ford Ave., Belmont, CA 94002, I am the Defendant in this matter, which was |
| 4 | Wrongfully filed as a retaliation since I DID PERSONALLY IN SN FRANCISCO |
| 5 | Over the age of eighteen (18) years. I declare & certify under the laws of the State |
| 6 | Of California, under my Lord, Yeshua, not Jehovah's laws, my God that the fore- |
| 7 | Going written on all the motion submitted are true to the best of my knowledge, |
| 8 | U. S. REP. are not only robbing, killing, forcing to kill, altering documents, taking |
| 9 | In defense children as mine to rape, and abuse them in any way perform and sir I |
| 10 | Am begging you since they do not allow me to use the median, the PA speaker |
| 11 | That I bought after a woman police in Washington suggested to me & I received |
| 12 | A threat against my child life since it is IMPOSSIBLE FOR ME TO FIGURE |
| 13 | QUICK & AS I NEED THE KNOWLEDGE OF A MASTER LAWYER IN ALL |
| 14 | THE DIFFERENT MATTERS IN WHICH I AM RESPONDING, SINCE MY |
| 15 | CHILD IS NOT THE ONLY ONE, MILLIONS, MILLIONS OTHERS ARE |
| 16 | BEEN TAKEN BY THE COURT & SETTING THEM UP FOR DIABOLIC |
| 17 | PRACTICES AND SINCE NONE OF THE HUNDREDS & HUNDREDS OF |
| 18 | PEOPLE CONTACTED ARE HELPING I AM BEGGING YOU: **HELP MY** |
| 19 | **CHILD RAPE BY U. S. A., BRITNEY ALMOST COMMIT SUICIDE, BUT** |

Page 4 of 6 _[initials]_ Initials Plaintiff's Decl. opposing referral to MHP of Case C 08 0102 WDB 1/18/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Plaintiffs: Estrella Benavides | Case No. |
|---|---|
| Defendant: George W. Bush, Arnold Schwarzenegger, James P. Fox, & Concepcion Cabrea & Does 1 thru 1000 . . . Inclusive | C 08 0102 WDB |

| | |
|---|---|
| 1 | WORSE SHE STILL IS IN PLACES LIKE THE SAINT FRANCIS HOSPITAL |
| 2 | IN WHICH PEOPLE WITHOUT SCRUPULOUS LIKE MELVIN BLAUSTEIN |
| 3 | ARE DIAGNOSING KNOWINGLY LYING. I AM DECLARING TO YOU TA- |
| 4 | KING FULL RESPONSIBILITY OF MY WORDS. **PLEASE READ MY PLEA** |
| 5 | **DINGS & MOTIONS FILED FOR THE LAST TWO IN A HALF YEARS** |
| 6 | IN MY FAMILY CASES No. 085609, 095215, CIVIL 464800, 467647, Probate |
| 7 | No. 116970. **I AM BEGGING YOU TO TAKE NOTES & TAKE THE JUDI** |
| 8 | **CIAL STEPS TO INVESTIGATE, TO PROVIDE ME WITH THE PROTEC** |
| 9 | **TION THAT BY LAW WE DESERVE. HELP ME TO KNOW AT LEAST** |
| 10 | WHICH ARE THE STEPS TO FOLLOW TO ADDRESS THIS CASE APPRO- |
| 11 | PRIATELY THROUGH THE PUBLIC SINCE IS NO JUSTICE IN THE COURT |
| 12 | SYSTEM IN WHICH THE ALIENATION OF MY RIGHTS & FREEDOMS AS |
| 13 | WELL AS THE CONSTITUTION ARE VERY OBVIOUS! **I am declaring &** |
| 14 | **Executing this affidavit under the law of the State of California at 11:00p.m** |
| 15 | On January 17, 08 and I swear one more time taking full responsibility that my |
| 16 | Pleadings, motions filed accusing on those cases as well as Federal Suit Dockets |
| 17 | No. C 07 1732 MHP, C 07 2081 JL & C 08 0102WDB are true & correct to the |
| 18 | Best of my knowledge since Every single day I discovered more & more about |
| 19 | The used of technology, the abuses of authorities & discretions, about the set ups |

Filed in Oakland 4th Floor Personally!

Page 5 of 6  _ebb_ Initials Plaintiff's Decl. opposing referral to MHP of Case C 08 0102 WDB 1/18/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Plaintiffs: Estrella Benavides | Case No. |
|---|---|
| Defendant: George W. Bush, Arnold Schwarzenegger, James P. Fox, & Concepcion Cabrea & Does 1 thru 1000 . . . Inclusive | C 08 0102 WDB |

| | |
|---|---|
| 1 | At all levels, even at the Federal level court system and not to say that the Supreme |
| 2 | Court Judges did not respond, not even knowing that I was begging for help since |
| 3 | No one is helping and that the Constitution of this country is been alienated!, this |
| 4 | Affidavit is been executed & signed at 3416 Beresford Ave., Belmont, CA 94002. |
| 5 | Estrella Benavides |
| 6 | The Lord, Yeshua's Servant |
| 7 | January 17, 08    *Last Line.* |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |

Page 6 of 6 ___ Initials Plaintiff's Decl. opposing referral to MHP of Case C 08 0102 WDB 1/18/08