**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____

www.cand.uscourts.gov

Richard W. Wieking                                             General Court Number
Clerk                                                                    510.637.3530

**January 18, 2008**

CASE NUMBER:  CV 08-00102 WDB
CASE TITLE:  ESTRELLA J. BENAVIDES-v-GEORGE W. BUSH

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MARILYN HALL PATEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: January 18, 2008

                                                                FOR THE EXECUTIVE COMMITTEE:

                                                                _____
                                                                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 01/18/08 cl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA