UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Estrella J. Benavides**
**3416 Beresford Ave.**
**Belmont, CA 94002**
**(650) 455-6334**
**Plaintiff**

FILED
08 FEB -1 PM 3:44
Original

In the Cross Complaint )    CASE No.: C 08 0102 WDB
                       )    C 07 1732 MHP LOWER DOCKET
                       )    REFER TO LOWER DOCKET ON
Plaintiff: Estrella J. Benavides )  1/15/08 5 DAYS TO OPPOSE; 1/18/08
                       )    OPPOSED & DISMISSED SAME DAY
                       )    U. S. A. GOV. REPRESENTATIVES
                       )    DISMISSED SAME DAY TO HIDE
                       )    THEIR CRIME: WORSE EVER!
                       )    PROOF OF SERVICE BY MAIL
                       )    FOR EACH OF THE DEFEN-
Vs                     )    DANTS NAMED
                       )
                       )
George W. Bush, President of The USA )
Arnold Schwarzenegger, Governor of CA )
James P. Fox, SM County DA and )
Concepcion M. Cabrera & Does 1 . . . thru )
1000 . . . Mafia Inclusive. )

| 1 | • A copy of the handbook entitled Dispute Resolution Procedure in the |
| --- | --- |
| 2 | Northern District of California. |
| 3 | • A copy of the Order Setting Case Management Conference which is written |
| 4 | By the judge and sets a date for you to come to court. |
| 5 | • Standings Orders of the assigned judge. |
| 6 | • The form for preparing a Case Management Statement. |
| 7 | • The form for the judge consent. |
| 8 | • A copy of the ADR Certification Form. |
| 9 | • A waiver of Service. |

Page ___ of 2    Initials  Proof of Service by Mail  C 08 0102WDB    Filed 2/1/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Plaintiffs: Estrella Benavides | Case # C 08 0102 WDB |
|---|---|
| Defendant: George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 .. Thru 1000. . .Mafia Inclusive | LD# C 07 1732MHP |

| | |
|---|---|
| 1 | • Doc. Filed 1/29/08 Opposing Dismissal & referral in San Francisco & top page |
| 2 | For the copy file at Oakland on Court Orders given by WDB for referral cases. Not permitted to filed on 1/31/08, but certificate attached on this. |
| 3 | SERVICE WAS COMPLETED ON: |
| 4 | DATE: 1-31-08          TIME: 4:44 p.m |
| 55 | METHOD OF SERVICE USED: |
| 6 | NAME & ADDRESS OF PEOPLE SERVED: |
| 7 | See Attachment. |
| 8 | DOCUMENTS SERVED WERE DESCRIBED ABOVE. |
| 9 | NAME AND ADDRESS OF PERSON WHO SERVED THE DOCUMENTS : |
| 10 | NAME & ADDRESS: CARLOS RUIZ |
| 11 | 2732 Oakland CA 94606 |
| 12 | Vallecito PL |
| 13 | POST OFFICE LOCATED AT: |
| 14 | Under penalty of perjury, I certify that I check all documents before I dropped |
| 15 | them in the Mail Office described above. |
| 16 | |
| 17 | DATE & TIME: 1-31-08 |
| 18 | SIGNATURE OF PERSON SERVING DOCUMENTS: |
| 19 | Carlos Ruiz |

Page 2 of 2 ULV Initials  Proof of Service by Mail  C 08 0102WDB      Filed 2/1/08
w/ Attachment as described on envelopes.

CASE NO. C 08 0102 WDB

*1/15/08 Refev, Dismissed + opposed 1/18/08*
*+ Opposing Dismissal on 1/29*

**I Defendant Attorney:**

1.- Alberto R. Gonzales — Attorney General, for George W. Bush
   950 Pennsylvania Ave. NW    President of the USA
   Washington, DC 20530-0001
   By E-Mail: AskDOJ@usdoj.gov.
   By Phone: (202) 353-1555 DOJ Main Switchboard (202) 514-2000
   By Fax: (202) 307-6777

2.- Northern District of California — for Arnold Schwarzenegger
   United States Attorney's Office    Governor of CA
   450 Golden Gate Avenue
   San Francisco, CA 94102
   By Phone: (415) 436-7200
   By Fax: (415) 436-7234

3.- James P. Fox — District Attorney
   San Mateo County    San Mateo County DA
   400 County Center,
   Redwood City, CA 94063
   By Phone: (650) 363-4636
   By Fax: (650) 363-4873

4.- Richard K. Joliffe, Esq. — Counsel for Concepcion Cabrera
   621 Middlefield Road    in Cross Complaint No. Fam. 085609
   Redwood City, CA 94063    26790 Wauchula Way - Hayward, CA 94541*
   By E-Mail: richard@jolliffelaw.com
              mass law@gmail.com
   By Phone: (650) 216-6745
   By Fax: (650) 574-6806

   * In addition I am sending a letter informing George W. Bush of the above
Case filed against him and all the documents are been forwarded to the Attorney
General at described above. Concepcion Cabrera was served with copy of
documents filed & served with the proof of service dated 1/22/08 & a letter
informing him as well of the service on his counsel on the cross complaint Fam. #
085609 or else requesting them to let me know where do they want me to send the
copies as pertain.

*Proof of Service by Mail Attachment*

CCSA 1 / 1 ___ Initials    Civil Cover Sheet Attachment    2/1/08   ~~12/31/07~~

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAN 2 9 2008

Estrella J. Benavides      **COPY**
3416 Beresford Ave.
Belmont, CA 94002    **COMPLAINT OPPOSING REFERRAL 2ND TIME**
(650) 455-6334       **OPPOSING DISMISSAL! CAN CRIMINALS JUDGE?**
Plaintiff

2:30 p.m
Sn. Fco
In New Ca
by: Iloria
They ser

) CASE No.: C 08 0102 WDB
In the Cross Complaint              ) REFER FOR OPPOSITION ON 1/15/08
                                    ) DISMISSED UNDER C 07 1732 MHP
Plaintiff: Estrella J. Benavides    ) ON 1/18/08 AS I OPPOSED REFERRAL
                                    ) WITHOUT ACKNOWLEDGING IT &
Vs                                  ) BEFORE 5 DAYS WERE OVER, RE-
                                    ) CEIVED ON 1/17/08. DECLARATION
George W. Bush, President of The USA ) IN ADDEMDUM TO DOC. FILED ON
Arnold Schwarzenegger, Governor of CA)1/7/08 AS DESCRIBED IN DOC. FILED
James P. Fox, D. A. of SM Country & )1/16/08 TOTAL OF 3 FILED ON THAT
Concepcion M. Cabrera & Does 1 ...   )DATE & 1 IN 1/18/08 IN OAKLAND, CA
Thru 1000 ... Mafia Inclusive.       )FAM. & CIVIL CROSS COMPLAINT
                                     )DEMAND FOR JURY TRIAL & PUBLIC
                                     )OBSERVATION SET UP AS DEFINE 1/16/08.
                                     )H DATE: **3/25/08** JUDGE: **WDB**
                                     )REFER & OPPOSED: 1/18/08 C 07 1732
                                     )MHP DISMISSED TO HIDE CRIME
                                     ) SAME DAY, BUT GIVEN 5 DAYS TO
                                     )OPPOSE REFERRAL ON 1/15/08.

| 1 | INTRODUCTION |
|---|---|
| 2 | On **January 7, 08**, Defendant Estrella Benavides filed a complaint as described on |
| 3 | Document attached filed on 1/9/08 at Southern Branch & filed on **1/16/08** in Oak- |
| 4 | Land, CA with Cindy, 4th Floor in which I define Public View Set Up, requesting |
| 5 | Correction of mistakes done by new cases file Clerk in San Francisco 16th floor, |
| 6 | Requesting legal advised & coordination & transfer of Related Cases as described. |
| 7 | With Affidavit in which I swear that the foregoing is true & correct & I presented |
| 8 | Attached the proof of error requesting as well correction & new dates since I did |
| 9 | Not consent on the judge assigned. 1/15/08 Judge Assigned WDB referred the ca |

E: Exhibit C Section __ & page __: Refer

Page _1_ of _16_ __ Initials  Plaintiff's Declaration opposing denial & dismissing of Case while opposing
2nd time The referral to lower Docket Case # C 7 1732 MHP.  Filed on 1/28/08

* Mary Ann Buckley went to the cafeteria. I stepson experine. The lady left me waiting

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Plaintiffs: Estrella Benavides | Case No.: C 08 0102 WDB |
|---|---|
| Defendant: George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 **C 7-1732 MHP** OPPOSED REF & DIS |

| | |
|---|---|
| 1 | Estrella Benavides   *Benavides F.  1/28/08* |
| 2 | The Lord, Servant, Yershua! |
| 3 | Attachment: Doc. Filed on 1/28/08 for the Hearing 2/7/08 on Case No. 085609. |
| 4 | ( 41 ) total pages. FL-320, 2 of 2, 18 of 18, 13 of 13, 6 of 6 + 2 inserts. |
| 5 | Doc. Filed on 1/28/08 for the Hearing on 3/7/08 Case No. SCC - |
| 6 | 105731 requesting dismissal of case & transfer to CIV 464800. |
| 7 | ( 70 ) total pages. 47 + SC-100 (4) CM-110(4) + 7 + 6 + 41 |
| 8 | This document containing an **affidavit** from page 11 - 14 & the **Conclusion** from |
| 9 | 14 - 15 . Page 16 for attachment & signature./ / /  *ebl* |
| 10 | *total of pages: 127* |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |

Page 16 of 16  *ebl* Initials   Plaintiff's Declaration opposing denial & dismissing of Case while opposing 2nd time The referral to lower Docket Case # C 7 1732 MHP.   Filed on 1/28/08