UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB -4 PM 3: 22
CLERK U.S. DISTRICT COURT
[ILLEGIBLE] CALIFORNIA

**Estrella J. Benavides**
3416 Beresford Ave.
Belmont, CA 94002
(650) 455-6334
**Plaintiff**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Cross Complaint | CASE No.: **C 08 0102 WDB** |
| | Refer 1/15/08 to Judge M. Hall Patel |
| Plaintiff: Estrella J. Benavides | Case No. C 07 1732 MHP |
| | **PROOF OF SERVICE BY MAIL** |
| | **FOR EACH OF THE DEFEN-** |
| Vs | **DANTS NAMED** |
| George W. Bush, President of The USA | |
| Arnold Schwarzenegger, Governor of CA | |
| James P. Fox, SM County DA and | |
| Concepcion M. Cabrera & DOES | |
| 1 THRU 1000 ... Mafia religious group Inclusive. | |

| | |
|---|---|
| 1 | • Filed 1/16/08 In Oakland Federal Building Requesting Federal Court* to re- |
| 2 | Quest coordination & transfer of cases related. Defining Public View & Jury |
| 3 | Trial. Attached document filed 1/15/08 CIV 464800 & AFFIDAVIT: I SWEAR |
| 4 | UNDER MY GOD & CA LAWS ~~THAT~~ WHAT IS WRITTEN IN THIS CASE |
| 5 | & RELATED CASES IS TRUE & CORRECT, TAKING FULL RESPONSIBI- |
| 6 | LITY. /// |
| 7 | • Filed 1/16/08 in Oakland 4th floor with Cindy * Requesting correction, new |
| 8 | Dates, times & judge Assignment, reporting mistakes on original filed documents. |
| 9 | • Filed 1/18/08* Plaintiff Opposition to referral with Judge Patel wondering if |

Page __1__ of 2  _ebl_ Initials  Proof of Service Mail CASE No. C 08 0102 WDB  1/29/08*

*Filed on 2/4/08 not allowed on 1/31/08 at Oakland Fed. B. (see Certificate of Mailing filed 2/1/08)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| **Plaintiffs:** Estrella Benavides | **Case No.** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, & Concepcion Cabrera & Does 1 thru 1000 . . . Inclusive. | **C 08 0102WDB** |

| 1 | I am having an affidavit taking full responsibility accusing U. S. A. GOV. REPRE- |
|---|---|
| 2 | SENTATIVES **CAN THEY JUDGE?** ... *lll elel • Filed 1/16/08 Declination of judge. lll* |
| 3 | SERVICE WAS COMPLETED ON: |
| 4 | TIME: 3:39 p.m   DATE: 1/22/08 |
| 5 | METHOD OF SERVICE USED: First class U.S.A. Post Office. |
| 6 | NAME & ADDRESS OF PEOPLE SERVED: |
| 7 | See Attachment. Page 3 of 11 cover sheet. Page 3 only! |
| 8 | DOCUMENTS SERVED WERE DESCRIBED ABOVE. line 1-9 + 1-2. |
| 9 | NAME AND ADDRESS OF PERSON WHO SERVED THE DOCUMENTS: |
| 10 | NAME & ADDRESS: Patrick Perez |
| 11 | 634 15th St. Oakland, Ca, 94612 |
| 12 | |
| 13 | POST OFFICE LOCATED AT: Byron Rumford Station Oakland, CA |
| 14 | Under penalty of perjury, I certify that I check all documents before I dropped |
| 15 | them in the Mail ~~Box~~ Office described above. |
| 16 | |
| 17 | DATE & TIME: 1-22-08   3:39 p.m. |
| 18 | SIGNATURE OF PERSON SERVING DOCUMENTS: |
| 19 | [signature] |

Page _2_ of 2 _eb_ Initials Proof of Service Mail CASE No. C 08 0102 WDB  1/28th/08

*Filed on 2/4/08 Not allowed on 1/31/08 at Oakland Fed. B. (See certificate of mailing filed 2/1/0)

CASE NO. C 08 0102 WDB

**I Defendant Attorney:**

1.- Alberto R. Gonzales — Attorney General, for George W. Bush
   Washington, DC 20530-0001      President of the USA
   By E-Mail: AskDOJ@usdoj.gov.   950 Pennsylvania Ave. NW WADC
   By Phone: (202) 353-1555 DOJ Main Switchboard (202) 514-2000    20530-0001
   By Fax: (202) 307-6777

2.- Northern District of California — for Arnold Schwarzenegger
   United States Attorney's Office    Governor of CA
   450 Golden Gate Avenue
   San Francisco, CA 94102
   By Phone: (415) 436-7200
   By Fax: (415) 436-7234

3.- James P. Fox — District Attorney
   San Mateo County    San Mateo County DA
   400 County Center,
   Redwood City, CA 94063
   By Phone: (650) 363-4636
   By Fax: (650) 363-4873

4.- Richard K. Joliffe, Esq. — Counsel for Concepcion Cabrera
   621 Middlefield Road
   Redwood City, CA 94063
   By E-Mail: richard@jolliffelaw.com
              mass law@gmail.com
   By Phone: (650) 216-6745
   By Fax: (650) 574-6806

5.- Concepcion Cabrera
   26790 Wauchula way
   Hayward, CA 94541

Page Attached to Proof of Service by mail

Date: 1-22-08        Signature

CCSA 3 only / 11  ebl Initials    Civil Cover Sheet Attachment    12/31/07
For Proof of Service Attachment    Filed 1/28/08

Estrella J. Benavides
3416 Beresford Ave.
Belmont, CA 94002
(650) 455-6334      **COPY**
Plaintiff

ORIGINAL
FILED

JAN 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

In the Cross Complaint

Plaintiff: Estrella J. Benavides

Vs

George W. Bush, President of The USA
Arnold Schwarzenegger, Governor of CA
James P. Fox, D. Attorney of SM Country
And Concepcion M. Cabrera & DOES
1 through 1000 . . . Inclusive

) CASE No. C 08 0102 WDB FILED PER-
) SONALLY AT FEDERAL BLDG SAN
) FCO. 1/7/08 WITH ANA NEW CASES!
) DECLARATION OF PLAINTIFF AF-
) TER TRYING TO INFORM PETITIO
) NERS IN CROSS COMPLAINT FILED
) AS WELL AS THE RWC COURT &
) REQUESTING THE COORDINATION
)& TRANSFER OF CASES, BUT INFOR
)INFORMED THAT FEDERAL COURT
) MUST ORDER THAT. DEFINE PU-
) BLIC VIEW SET UP & JURY TRIAL
) REQUEST ON ALL HEARINGS OR
) MATTERS. ATTACHED DOC. FILED
) 1/15/08 CIV 464800 & AFFIDAVIT.
) JURY TRIAL & VIEW SET UP RE-
) QUESTED FOR ALL HEARINGS.

| # | |
|---|---|
| 1 | I INFORMED REDWOOD CITY COURT OF THE PERSONALLY FILED MO |
| 2 | TION AS DESCRIBED ON DOCUMENT FILED AS WELL AS THIS AT THE |
| 3 | OAKLAND FEDERAL BUILDING SINCE THE SAN FRANCISCO IS DOING |
| 4 | AS MANY OTHERS TO BE RETALIATING AGAINST ME AND MY ACCU- |
| 5 | SATION TO HIDE THE WORSE CRIME EVER PERPETRATED AGAINST |
| 6 | HUMAN BEINGS, AGAINST THE CITIZEN OF THIS COUNTRY WHO ARE |
| 7 | NOT PART OF THE MAFIA RELIGIOUS GROUP WHO ARE IN POWER, RE |
| 8 | PRESENTING NOT US, BUT THEIR BEST INTEREST: FROM BUSH TO |
| 9 | NEIGHBORS. HELP MY BABY RAPE BY U. S. A. & RETALIATING! |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Estrella J. Benavides
3416 Beresford Ave.
Belmont, CA 94002          COMPLAINT 1 OF 1 ONLY!
(650) 455-6334
Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In the Cross Complaint | ) CASE No.: **C 08 0102 WDB** |
|  | ) DECLARATION OF PLAINTIFF - |
|  | ) ABOUT MISTAKES DONE BY ANA, |
| Plaintiff: Estrella J. Benavides | ) NOT SURE OF NAME, DEPUTY - |
|  | ) CLERK, NOT AS I UNDERSTOOD |
|  | ) MARY ANN BUCKLEY DUE TO - |
| Vs | ) STAMPED NAME ON THE FILE OF |
|  | ) FED. SUIT CROSS COMP. DONE 1/7/08 |
|  | ) ATTACHED LETTER & AFFIDAVIT |
|  | ) ABOUT E-FILING OF MY COM- |
|  | ) PLAINT OF 3 PARTS & 4 EXHIBITS |
|  | ) NO STAMPED OR ACKNOWLEDGE |
| George W. Bush, President of The USA | ) REQUESTING CORRECTION & RE |
| Arnold Schwarzenegger, Governor of CA | ) QUESTING NEW DATES, TIMES & |
| James P. Fox , SM County DA and | ) JUDGE ASSIGNMENT. |
| Concepcion M. Cabrera & Does 1 thru | ) FAMILY LAW & CIVIL CASES |
| 1000... Mafia Group Inclusive. | ) CROSS COMPLAINT. |
|  | ) DEMAND FOR JURY TRIAL & |
|  | ) PUBLIC OBSERVATION SET UP! |

| 1 | Letter attached directed to Mary Ann Buckley and with Attn.: to the U. S. A. |
|---|---|
| 2 | Clerk, requesting the necessary corrections as well the new orders, and dates since |
| 3 | I am not consenting on the Magistrate Judge assigned. I filed the case in San |
| 4 | Francisco, CA Federal Building, my economical situation is very difficult as I |
| 5 | Explained in my application for the Pauperis Status & just the best interest of my |
| 6 | Child & the cause of my Lord, Yeshua keep me on pursuing my cause & Calvary. |
| 7 | Attached: Letter & Affidavit served 1/16/07 to Deputy Clerk & Clerk in Sn. Fco |
| 8 | & E-filing instructions. Estrella Benavides |
|   | 6 pages filed 1/7/08, 10 pages total |
| 9 | (Top only!)     The Lord, Yeshua's Servant. |

Request for Jury Trial & PUBLIC VIEW SET UP AS DEFINE for all Matters & Hearings!

Page 1 of 1   EJB Initials Plaintiff's Decl. about mistakes on filed case No. C08 0102 WDB   1/14/08

1  Estrella Benavides
2  3416 Beresford Ave.
3  Belmont, CA 94002
4  (650) 455-6334
5  Plaintiff

ORIGINAL FILED
JAN 16 2008
RICHARD W. WIEKING
[illegible]
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Estrella Benavides

Plaintiff(s),

v. George W Bush, President of USA
Arnold Schwarzenegger, Governor of CA
JAMES P. Fox, DA Sn. Mateo County
Concepcion Cabrera + Does 1 thru 1000
inclusive
Defendant(s).

No. C 08 0102 WDB

Filed Personally 1/17/08 at Federal Building Sn. Fco. CA

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

### REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge in Sn. Fco. where I personally filed case 1/17/08.

Dated: 1/13/08

Signature: E Benavides

Counsel for (Plaintiff) — Pro Se (IN PRO PER)
I'm the (Plaintiff) Defendant, or indicate "pro se"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Estrella J. Benavides
3416 Beresford Ave.
Belmont, CA 94002
(650) 455-6334
Plaintiff

COPY
COMPLAINT 1 OF 1 ONLY!



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Cross Complaint<br><br>Plaintiff: Estrella J. Benavides<br><br>Vs<br><br><br><br>George W. Bush, President of The USA<br>Arnold Schwarzenegger, Governor of CA<br>James P. Fox, SM County DA and<br>Concepcion M. Cabrera & Does 1 thru<br>1000... Mafia Group Inclusive. | ) CASE No.: <u>C 08 0102 WDB</u><br>)DECLARATION OF PLAINTIFF OPPO<br>)SSING SINCE PART OF MY ACCUSA-<br>)TION IS ACCUSING JUDGE MHP OF<br>)DENYING 2X MY PAUPERIS STATUS<br>)WITHOUT DETERMINE, IGNORING<br>)MY 3RD MOTION KNOWING THAT I<br>)WROTE MANY TIMES BABY IS BEEN<br>)RAPE, THAT I INTRODUCED AN EX-<br>)PARTE INFORMING MY LACK OF -<br>)KNOWLEDGE & REQUESTING, BEG<br>)GING FOR LEGAL AID & NOW & ON<br>)1/16/08 IN OAKLAND I FILED 3 DOC.<br>)ONE HAVING AN AFFIDAVIT TA-<br>)KING FULL RESPONSIBILITY ACCU<br>))SSING U. S. A. GOV. REP. AS CRIMI-<br>)NALS <u>CAN THEY JUDGE?</u> CASES FI<br>)LED HAD CHANGES DUE TO RETA<br>)LIATION.  CROSS COMP. CIV. & FAM.<br>) DEMAND FOR JURY TRIAL &<br>) PUBLIC OBSERVATION SET UP! |

| | |
|---|---|
| 1 | The cases are related, but documents filed as case under docket No. C 07 1732 |
| 2 | MHP ARE **SLIGHTLY DIFFERENT** FROM C 07 2081 JL CHANGE AS C 07 |
| 3 | 1732 MHP, BUT CASE FILED PERSONALLY IN San Francisco are having at |
| 4 | Least THREE HUNDRED PAGES MORE THAN THE TWO FIRST DOCKET |
| 5 | No. C 08 0102 WDB is described in one of the documents filed at Oakland Court |
| 6 | Clerk on January 16, 08 by Cindy who knew my case so well and mentioned this |
| 7 | Referral in process, unfortunately the time was not stamped which would it made |
| 8 | A different in the description of the motion, but is one of the three documents the |

Page 1 of 6  Initials Plaintiff's Decl. opposing referral to MHP of Case C 08 0102 WDB 1/18/08