UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Estrella J. Benavides
3416 Beresford Ave.
Belmont, CA 94002
(650) 455-6334
Plaintiff

ORIGINAL

FILED 08 MAR -6 PM 2:10 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

COMPLAINT OPPOSING REFERRAL 3rd TIME OPPOSING DISMISSAL! CAN CRIMINALS JUDGE?

In the Cross Complaint

Plaintiff: Estrella J. Benavides

Vs

George W. Bush, President of The USA
Arnold Schwarzenegger, Governor of CA
James P. Fox, D. A. of SM Country &
Concepcion M. Cabrera & Does 1 . . .
Thru 1000 . . . Mafia Inclusive.

) CASE No.: C 08 0102 WDB
)REFERRED TO LOWER CASE No.
) CASE No. C 07 1732MHP
)DECLINING ANY FORM OF ADR DUE
)TO DISCOVERIES & ACCUSATIONS
)AGAINST U. S. A. GOVERNMENT RE-
)PRESENTATIVES WHO ARE CRIMI-
)NALS IN POWER ALIENATING EVEN
)CONSTITUTION OF THIS COUNTRY
)DEMANDING A PUBLIC VIEW SET
)UP & ACCUSATION & JURY TRIAL!
)INITIAL CASE MANAGEMENT CON-
)FERENCE HEARING DATE: 4/15/08
)COURT RM 4, OAKLAND, CA 4:00p.m.

RECEIVED MAR X 6 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| INTRODUCTION |
|---|
| On **January 7, 08**, Defendant Estrella Benavides filed a complaint as described on |
| Document attached filed on 1/9/08 at Southern Branch & filed on **1/16/08** in Oak- |
| Land, CA with Cindy, 4th Floor in which I define Public View Set Up, requesting |
| isco 16th floor, |
| ses as described. |
| :t & I presented |
| ites since I did |
| referred the ca |
| ved document |
| kland in the - |

Lena,
MHP would like the original unfiled & marked received.
Thanx
Tony

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 - 1732 MHP OPPOSED REF & DIS 1/18/08 |

Afternoon & the same date a dismissal of the case was filed by Marilyn Hall Patel Without acknowledging my opposition filed the same date. 1/29/08 Filed a 2nd Opposition to the referral & dismissal at San Francisco Federal Building. **NO ans** Wer yet! But same happened on C 07 0102JL where she Denied the Pauperis Status for the 3rd or 4th time my accusation filed under **C 07 1732 MHP, C 07 2081 JL, forcing default twice ignoring my third motion filed on 6/19/07, not A letter closing the cases while I tried to tell her MY CHILD IS BEEN RAPE** ABUSE MENTALLY & PHYSICALLY, My 1st Amendment right is been aliena-Ted to hide & quiet my public begging for help & accusation against the U. S. A. Government Representatives which locally were informed since **2003-2005:** I dis-Covered & report to the local Police & Ombudsman that WITCHCRAFT WAS Used by the employee & administration of The Carlisle to subdue, rob & abuse the Elderly. I was forced to abandon my work place, deny my unemployment rights & Reinstated, good cause was found & decision was reversed. (**ECS238-9**). I was Put to jail on **8/8/04** & I discovered that the San Mateo Police Department & the 4th defendant, Concepcion Cabrera, JAC-B were able to control & manipulate the Mind & forced me to slap him after he pushed me & trespassed my property which Was rejected on **9/9/04** (**ECS253-5**). Many times I went to the City Hall of San Mateo & I wrote letters inquiring for help due to the abuses of authorities & discre

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C **7 -1732 MHP** OPPOSED REF & DIS |

Tions. On **4/18-20/05** I wrote a letter begging for help & accusing the local repre Sentatives of been denying protection, abusing authorities & discretions & forcing Me to spent outrageous amount of money for no reason. I also accused the father, The 4th Defendant, C Cabrera of being touching my child & showing pornography & I did not do it locally since they were retaliating against me since I was trying to Make public my discoveries & accusation & I also wrote to the 1st Defendant, the President of the United States informing, George W. Bush, the 100 members of - Congress, the 7 Supreme Judges, ONU, UNICEF, LA RAZA, ACLU, HUMAN RIGHTS, OFFICE OF CITIZEN COMPLAINTS. I INFORMED LOCALLY, BE GGING FOR HELP TO: the last two Mayor Jan Epstein, & John Lee, Arne Croce The City Manager, James P. Fox, 3rd Defendant in this Cross Complaint, Arnold Schwarzenegger, Barbara Boxer, Diane Feinstein no less than two times to all of Them. I wrote a letter informing, accusing, begging for help to the Vice President Of the U. S. A. Chenney. I sent a package of 258 pages to the **Attorney General** Informing, accusing, begging for help on **January 31, 07. Letting him know that** On **6/27/05** I was put under 51-50 not going by the criteria, but to quiet my public Accusation & discoveries: **My child custody given to our sexual molester.**

A) Bush Administration planned & executed the September 11 in New York.

FROM BUSH TO NEIGHBORS ARE WORKING TOGETHER BASED ON BE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

LIEVES, Alienating rights, freedoms. Abusing Authorities & Discretions for the Best interest of this mafia religious group who are using the government system of This country while alienating also the Constitution itself & through out the EXHI-BITS: MANY PERSONAL ISSUES & CASES OPEN AGAINST ME IN RETA-LIATION I WILL PROOF WHAT THEY ARE DOING & HOW TO BILLIONS OF PEOPLE IN THIS COUNTRY & AROUND THE WORLD SINCE THIS IS A MAFIA ORGANIZED GROUP WORLDWIDE, LEADER BY FIDEL CAS-TRO IN CUBA WHO IS HAVING ONE OF OUR MILITARY BASE AS SUP-PORT & PROTECTION. This pig is the one who pre-selected & approved the - Candidates who will run for election & the people in this country just confirm - Them without knowing that they are pay with our taxes to serve this people, to Persecute the majority of the people, the poor people who not necessarily are eco-Nomically poor as Michael Jackson, Michael Jordan, Britney Spear, etc, but are Not belong to this mafia religious group & not only through prayers & curses for-Ced to violate the law, but with the use of technology, dirty created physical condi Tion & many others. **THE MISTERY RELATION BETWEEN THE DEFEN DANTS IS SOLVE IF 1) YOU USE THE CHAIN OF COMMANDMENTS 2) IF YOU REALIZED THAT THEY ARE A MAFIA GROUP WORKING TOGETHER BASED ON BELIEVES & THE USED OF WITCHCRAFT &** ebl

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

TECHNOLOGY WHILE ALIENATING MY RIGHTS, FREEDOMS, ABUSING AUTHORITIES & DISCRETIONS THROUGH OUT THE LOCAL AUTHORI-TIES, THE SOUTHERN & CENTRAL BRANCH OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO WHICH WERE INFORMED TO **a) LOCALLY**: The City Manager, the Mayor, The San Mateo County DA & Including the Attorney Office of the City of San Mateo, Belmont, & the Special Assistant Lance Bayer , & b) the Governor, Arnold Schwarzenegger, Barbara Boxer & Diane Feinstein, not to say the Police Departments through out the Bay Which had been involved in my personal cases, Hayward, & San Francisco. Child Protective Service of San Mateo County & Hayward. **3) I informed The Presi-Dent & Vice-President, The Attorney General, Alberto R. Gonzalez as well** As many others in the government system of this country./ / /

**B) I DISCOVERED AS WELL AS THEY, BUT MANY YEARS AGO that:** Mind & body works with commandments given by Eloi, Yeshua, Jehovah's real Name as pronounced because I can not remember how it was spelling in the Holy Bible when he answered me. Eloi: Hebrew last words of Jesus before die: my God **CHANGE BY THIS RELIGIOUS GROUP THROUGH PRAYERS & CUR-SES THAT SEEM TO BE A PROGRAM OR CODES. / / /**

**C) That using imperfections, dirt, waste they are able to faster & easier con-**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

**Trol & manipulate the mind of the poor people.** This knowledge is used with Advantage over this people & through the JUDICIAL system this techniques are Used a lot **to force**: **1)** Citations **2)** Probations **(ECS3p70)**, I was forced on Proba-Tion due to my pauperis status that has been force by this mafia group which in Sometimes deprive people even of their liberty since a parking ticket after this for Ced probation can make it worse as written on document presented as proof. **3)** FORCE RESTRAINING ORDERS (**ECS10P481**), classified as Domestic Violen Ce type, FORCED TO SEE MY CHILD FOR TWO YEARS UNDER SUPERVI-SION TO ABUSE US WHILE I WAS ABLE SINCE 9/21/05 TILL 3/8/07 AFTER I WAS THREAT THAT MY CHILD WAS GOING TO BE TAKEN TO MEXI-CO TO BE KILL & THAT I WAS NOT GOING TO BE ABLE TO SEE HIM ON 8/22/06 (**ECS6P228**) as happened, but the Defendant C Cabrera did not do Absolutely anything wrong, BUT ALL OF THE ABOVE ON 3) **while I had ne-Ver violate no law: Domestic Violence Case was rejected on 9/9/04 when I** Threat them that I was going to tell in court that I discovered that they forced me To slap C Cabrera on 8/8/04 at the Redwood City County Jail they denied my right To make a phone call & did not allow me to make a report. They forced me out Of my property for five days & to abandon my child for his best interest with my Older children while I was sleeping on the floor./ / /

ebl

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7-1732 MHP OPPOSED REF & DIS |

**D) Put under 51-50 not going for the right criteria just to quiet my public -** Accusation due to their abuses, lack of protection & denial of rights & freedoms. While in Saint Francis abuse physically, rob my jewelry, kept their for 14 days & Force to be under drugs knowing that I am not mentally ill, Dr. Blaustein.the pig **(ECS10p296)** created a mental illness to allow the Redwood City Court & CPS **to give my child Legal & Physical Custody to our sexual molester.** At Mills Peninsula on 9/14/06 after the threat on my child life on 8/22/06 I was bit up In the ambulance force to received treatment. At the hospital the same: without A judge authorization & while I was calm not given them a reason to force medica Tion they FORCE TWO SHOTS, KEPT ME UNDER FOUR WAY RESTRAI- NING, ALLOW ONE OF THE SECURITY MAN TO ABUSE ME PHYSICA- LLY WHILE I WAS TIDE. PUT ME TO SLEEP SINCE 9/14-16/06 & THE **ME DICAL BOARD OF CALIFORNIA IGNORE MY REPORT**, & Burlingame Police Department asked me like you for jurisdiction & it was a mystery the crime Committed: Blood was found in my bed, my body was having marks & bruises. **(ECS10p339)** & while writing my sign on my property wall at 3416 Beresford Ave, Belmont the Police came & because I tried to report to my neighbors who ca Lled them & who were abusing me verbally he asked me to show my kitchen, ho- Me & refrigerator & told me to ignore & leave them alone. Came around for a 2nd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

Time because I did what he said: totally ignore them to a point in which they were Not able to manipulate me & control me to make mistakes while writing my 1st Amendment FORCED PUBLIC ACCUSATION DUE TO THE LACK OF PROTECTION, ABUSES OF AUTHORITIES & DISCRETIONS, BUT MAINLY - THE BEST INTEREST OF MY CHILD AS WELL AS BILLIONS OTHERS.

**E) The attached exhibits had been disclosed, arrange for you to understand** & follow up the abuses in the related cases: Fam. Law # 085609 which is contai- Ned primarily on Exhibit C Section 10, more in detail on Exhibit E that is a Wife's Mandatory Short Cause Trial Statement which has a very clear & coherent, not de- Lusional follow up of the abuses of the denial of my due process and I am asking You to take judicial notes & action **REFERRING MY MANY CASES & - ISSUES TO THE DEPARTMENT OF JUSTICE OR TO WHOEVER PERTAINED SINCE EVEN THE FEDERAL COURT IS PARTICIPATING AS I ACCUSED YOU ON 1/18/08 IN MY OPPOSING TO THE REFERRAL TO THE LOWER CASE IN WHICH YOU WERE ASSIGNED IN 2007, BUT AS WRITTEN ON MY DOCUMENT THE NUMBER OF PAGES INCREASED DRASTICALLY, THE ISSUES ARE MANY MORES./ / /**

**E) EXHIBIT F** contained my personal case of **FORCED CONSERVATORSHIP** THAT IS **DONE TO BILLIONS** OF PEOPLE & IF YOU READ THRU

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

MY EXHIBITS & CASES YOU WILL FIND THE DIFFERENCE HIDE THRU OUT THE PAGES. **YOU WILL BE ABLE TO FIND THE WORSE CRIME** EVER PERPETRATED AGAINST HUMAN BEINGS **BY THE U. S. A. GO-VERNMENT REPRESENTATIVES** WHO DO NOT WRITE TO HIDE, THEY JUST CHECK BOXES & REFER YOU TO LINES THAT BASICALLY ARE NOT SAYING ANYTHING, BUT THEY ARE SETTING UP OUR CHIL-DREN TO BE ABUSE: MENTALLY, PHYSICALLY & SEXUALLY FOR - THEIR RELIGIOUS DIABOLIC PRACTICES. They authorized Conservatorhip On Person & Estate without filling up the forms properly, they are allowing people To be representing themselves knowing THAT NO ONE HAS THE CAPACITY TO KNOW WHAT TAKES YEARS OF SCHOOLING TO LEARN, BUT PEO-PLE WITHOUT KNOWING IS PAYING THE PRICE BECAUSE TO HIRE A LEGAL REPRESENTATIVES IS ON THE SKY, BUT EVEN THEN IS NOT WORTH BECAUSE THEY WILL NEVER REPRESENT US, THEY ARE HA VING THEIR BEST INTEREST & THIS MAFIA GROUP BEST INTEREST AS THEIR PRIORITY./ / /

**F) The gravamen of my complaint is the lack of protection, the abuses of** Authorities & discretions, the denial of my 1st Amendment right, the religious Persecution against me worse than billions others due to my discoveries & accusa

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

Tion. THE MANY CIVIL CASES, FAMILY LAW, & PROBATE CASES RELATED TO THIS FEDERAL SUIT CROSS COMPLAINT ARE A RETALIATION ARE THE WAY THAT THEY HAVE BEEN USING FOR YEARS AGAINST THE PEOPLE NOT BELONG TO THEIR RELIGIOUS GROUP. I as the Lord, Servant, just put together the proof of your crime. Those pages are containing in Between the lines the worse crime ever perpetrated that NO ONE WOULD BE ABLE TO FIGURE UNLESS THE RIGHT HAND OF ELOI, YESHUA IS IN BETWEEN HELPING YOU TO STAND, TO TAKE THE MENTAL, PHYSICAL ABUSES TO WHICH I HAVE BEEN PUT THROUGH OR ELSE I - WOULD NOT BE ABLE, BUT LET ME TELL YOU FOR THE SAME REASON THIS CASE WILL MAKE YOU ASHAMED AS WRITTEN BECAUSE THE REAL ENEMY USING MY MIND, BODY & EVERYTHING THAT IS BELONG TO HIM AND HE ALLOWED ME TO OWN & ENJOY WHILE IN MY JOURNEY THROUGH OUT THIS WORLD. **Do not doubt that this case Will go for a public accusation to make you ashamed as written since the WORLDWIDE REDEMPTION PROMISED BY HIM TO ME WHEN HE - CHOOSE MY CHILD NAME AFTER I BEG FOR HELP IS HERE.!**

**G) To comprehend & understand without having delusional problems go** Through the exhibits: A, B, C, D, E, F, G. in order & read them & you will figure.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

* withdrawn, but final discharged until 1/28/08. Is Britney Spear mentally ill? NO, but code to do & believe

# AFFIDAVIT

**I, Estrella Benavides , I SWEAR THAT THE FOREGOING IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE THAT ABSOLUTELY IS NOT DELUSIONAL, IT IS THE WORSE CRIME EVER PERPETRATED AGAINST HUMAN BEINGS, I, Estrella Benavides, a Citizen of the United** States of America, residing in the county of San Mateo, at 3416 Beresford Ave., Belmont, CA 94002 over the age of Eighteen (18) years old very consciously - Doing & writing after proving my mental capacity in the Probate Case 116970 "Since I can filled up a Voter Registration Form" based on their comments, but I will add I was able to respond properly, to not allow them to do to me what is Done to Billions of people as they tried, but read the quiet written proofs presented On Exhibit F, read my response, accusations & set ups. Withdrawn on 12/3/07 be Cause I was able to be present on the hearing that was not even posted, but contiNue forcing me to be under a Person & Estate Conservatorship from 11/26/07 to 12/3/07*. This issue was open as retaliation, trying to confine me into a mental Institution to hide their worse crime due to my discoveries & public accusation Against the U. S. A. Government Representatives who as well as me had discove-Red that human beings mind & body works as computer with codes or command-Ments given initially by Eloi, Yeshua, but change by this mafia religious group -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

Who is using a program called witchcraft to subdue, to force people not belong to This religious group to do absolutely anything that they want for their best interest: Money & power. I am accusing them of been using the government system of this Country to take legally the children of the poor bending laws, alienating rights & Freedoms, abusing authorities & discretions doing what they please as they please For their best interest while pay to serve the people of this county equally to provi- De protection under the Constitution & Law of this land, but instead they force peo Ple to do & believe what they want even kill as Scott Peterson, commit suicide as They almost force to Britney Spear to even kill her baby & after forcing her to vio Late the laws, crossed the red light & all of this while having her under a lot of - Stress & pressure from the median who are part of this crime organized group & While not allowing her to see her babies as they done to me & Billions others. I, Estrella Benavides, Declare, Accused, & take full responsibility of her words: this Accusation is not delusional, taking full responsibility of my words written in this Document & all the documents submitted on the many cases & issues related to This Family & Civil Cross Complaint in which not only my 1st Amendment is - Been denied, my due process, my right to equal right, to believe on Eloi, Yeshua Without been persecuted as I am right now. I am certifying through this Affidavit All the document filed on Family Cases: 085609, 095215, Probate No. 116970.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

Who is using a program called witchcraft to subdue, to force people not belong to This religious group to do absolutely anything that they want for their best interest: Money & power. I am accusing them of been using the government system of this Country to take legally the children of the poor bending laws, alienating rights & Freedoms, abusing authorities & discretions doing what they please as they please For their best interest while pay to serve the people of this county equally to provide protection under the Constitution & Law of this land, but instead they force people to do & believe what they want even kill as Scott Peterson, commit suicide as They almost force to Britney Spear to even kill her baby & after forcing her to violate the laws, crossed the red light & all of this while having her under a lot of - Stress & pressure from the median who are part of this crime organized group & While not allowing her to see her babies as they done to me & Billions others. I, Estrella Benavides, Declare, Accused, & take full responsibility of her words: this Accusation is not delusional, taking full responsibility of my words written in this Document & all the documents submitted on the many cases & issues related to This Family & Civil Cross Complaint in which not only my 1st Amendment is - Been denied, my due process, my right to equal right, to believe on Eloi, Yeshua Without been persecuted as I am right now. I am certifying through this Affidavit All the document filed on Family Cases: 085609, 095215, Probate No. 116970. [initials]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

Who is using a program called witchcraft to subdue, to force people not belong to This religious group to do absolutely anything that they want for their best interest: Money & power. I am accusing them of been using the government system of this Country to take legally the children of the poor bending laws, alienating rights & Freedoms, abusing authorities & discretions doing what they please as they please For their best interest while pay to serve the people of this county equally to provi- De protection under the Constitution & Law of this land, but instead they force peo Ple to do & believe what they want even kill as Scott Peterson, commit suicide as They almost force to Britney Spear to even kill her baby & after forcing her to vio Late the laws, crossed the red light & all of this while having her under a lot of - Stress & pressure from the median who are part of this crime organized group & While not allowing her to see her babies as they done to me & Billions others. I, Estrella Benavides, Declare, Accused, & take full responsibility of her words: this Accusation is not delusional, taking full responsibility of my words written in this Document & all the documents submitted on the many cases & issues related to This Family & Civil Cross Complaint in which not only my 1st Amendment is - Been denied, my due process, my right to equal right, to believe on Eloi, Yeshua Without been persecuted as I am right now. I am certifying through this Affidavit All the document filed on Family Cases: 085609, 095215, Probate No. 116970.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

Civil cases No. 464800, 467647, CLJ 196194 filed in the Southern Branch of the San Mateo County Superior Court & SCC-105731 filed on Central Branch as well As Federal Suit Docket No. C 07 1732 MHP, C 07 2081 JL, & C 08 0102 WDB, The first two closed trying to force me into default, & third motion who knows How it was worded among them, but ignore my opposition to the dismissal & case Was closed as billions others. DON'T YOU THINK THAT MANY PEOPLE ARE SOUNDING DELUSIONAL, OR ARE BEEN CONFINE IN MENTAL HOSPITAL: poor Britney Spear, but I am willing to testify for her & asked God to Hold his hand over her to not be delusional or mental ill because the people belong To this mafia religious group are forcing her. I, Estrella Benavides declare & Cer-Tify that I opposed to the referral of this federal Suit on the same day this Judge Dismissed it. I am accusing taking full responsibility of my words without having Any doubt whatsoever of what I have been discovering: The U. S. A. Government Representatives are committing Fraud & Force, they knowingly force me to marry To the Defendant, C. Cabrera while he was living in my house with my ex-sister-in Law. He deprive me of a normal life, a normal sexual life, friends & force me to Spent, work & help them in any way perform. I am attaching the document I will Be filling for SCC-105731 at the Central Branch as response as well as my Respon Se for the Dissolution of marriage continue on 2/7/08. I am certifying, writing, EB

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

Proof reading this entire document to the best of my capacity under the control & Manipulation of my mind with the micro ship device installed on me on 9/14/06 Dr. Svensson at Mills Peninsula Hospital when they force me to sleep for two days & I declare under Eloi, Yeshua, the real name of Jehovah & under his laws as well As the California penalty of Perjury Laws that the foregoing is true & correct to the Best of my knowledge, I am not fully aware yet of all that this people can do & are Doing against the poor people that belong to this religious group, but I do not have Any doubt whatsoever of what I am accusing them of. My many cases are a retalia Tion as well as the Imposition of the TRO # 085609, to give my child legal & phy- Sical custody to the man I accused through the San Mateo Police Department on 6/27/05 which was rejected without explanation. I am executing this document on January 28, 2008 at 3416 Beresford Ave., Belmont, CA 94002 in the County of San Mateo, State of California at 1:00p.m. / / /

Estrella Benavides [signature] as signed on 1/28/08

The Lord, Yeshua Servant! Verify + certify on 3/6/08

The Conclusion of this document is as follow:

**CONCLUSION**

**1) I AM OPPOSING TO THE REFERRAL TO THE LOWER DOCKET**

CASE NUMBER C 07 1732 MHP.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 Thru 1000 Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

**2) I am opposing to the dismissal of my case as delusional since I am willing** To take & I am requesting a Public Mental Test & I am accusing you as part of This mafia religious group.

**3) I am requesting that this case is refer to the appropriate entity or depart- Ment & to take judicial notes & refer the same to the Department of Justice** Of the U. S. A. Government as well as Congress, The Representatives House & To the People of the United States to decide on weather they approved or dismi Ssed my request for a PUBLIC ACCUSATION AGAINS THE U. S. A. MAFIA RELIGIOUS GROUP WHO ARE ALIENATING NOT ONLY MY RIGHTS, & FREEDOM, BUT IS DENYING PROTECTION, IS FORCING ME TO KNOW THAT MY CHILD IS BEEN RAPE & ABUSE MENTALLY & PHYSICALLY WHILE HOLDING ME WITH A FORCE RESTRAINING ORDER./ / /

**4) That I am force to loose my properties through foreclosure to force me out** Of money. That they are been trespassed, vandalized & used against me.

**5) More details available on exhibits and the last entrees of each related cases** Should be request & transfer certifying each page for me to point the abuses of Authorities, alteration of records & set ups not only against me, but billions of peo Ple in this country who are not belong to this mafia religious group./ / /

Last Line, the signature of this conclusion with the attachments will be as follow:

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

**2) I am opposing to the dismissal of my case as delusional since I am willing** To take & I am requesting a Public Mental Test & I am accusing you as part of This mafia religious group.

**3) I am requesting that this case is refer to the appropriate entity or depart- Ment & to take judicial notes & refer the same to the Department of Justice** Of the U. S. A. Government as well as Congress, The Representatives House & To the People of the United States to decide on weather they approved or dismi Ssed my request for a PUBLIC ACCUSATION AGAINS THE U. S. A. MAFIA RELIGIOUS GROUP WHO ARE ALIENATING NOT ONLY MY RIGHTS, & FREEDOM, BUT IS DENYING PROTECTION, IS FORCING ME TO KNOW THAT MY CHILD IS BEEN RAPE & ABUSE MENTALLY & PHYSICALLY WHILE HOLDING ME WITH A FORCE RESTRAINING ORDER./ / /

**4) That I am force to loose my properties through foreclosure to force me out** Of money. That they are been trespassed, vandalized & used against me.

**5) More details available on exhibits and the last entrees of each related cases** Should be request & transfer certifying each page for me to point the abuses of Authorities, alteration of records & set ups not only against me, but billions of peo Ple in this country who are not belong to this mafia religious group./ / /

Last Line, the signature of this conclusion with the attachments will be as follow:

Page 15 of 19 Initials Plaintiff's Declaration opposing denial & dismissing of Case while opposing 3rd time The referral to lower Docket Case # C 7 1732 MHP. Filed if they let me on 3/6/08 at San Fco.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

Estrella Benavides

The Lord, Servant, Yershua!

Attachment: Doc. Filed on 1/28/08 for the Hearing 2/7/08 on Case No. 085609.

( 41)* total pages.** received on 1/29/08, 3/6/08 provide copy!

Doc. Filed on 2/5/08** for the Hearing on 3/7/08 Case No. SCC - 105731 requesting dismissal of case & transfer to CIV 464800.

( 70)(*) total pages. **TOTAL PAGES 127, FILED 1/29/08.**

This document containing an **affidavit** from page 11 - 14 & the **Conclusion** from 14 - 15 . Page 16 for attachment & signature./ / /

**ADDED FOR THE PUBLIC ACCUSATION POST AT THE INTERNET**

ON 3/7/08: My properties forced into foreclosure: KELLER WILLIAM, Michael Haywood & HELP-U-SALE did not represented me or my children to sell two of Our properties 1552 & 54 Lago St., San Mateo, CA 94403($1,100,000.00 default Sale, but forced me to move out & SMPD/Haywood denied my right to use it for My public accusation) 3416 Beresford Ave., Belmont, CA 94002 ($2,000,000.00 In 2006 was forced into foreclosure for the amount owed $250,000.00) with the Participation of U. S. A. GOV. REPRESENTATIVES/M. Haywood, Help-U-Sale, B of A, Titles Co. & many others. B of A not given me any surplus or information **But they are kicking me out!** My property at 1864 Cottage Grove Ave., San Mateo, CA 94401 put to sell under a foreclosure using a DEED OF TRUST FOR

Page 16 of 19 Initials Plaintiff's Declaration opposing denial & dismissing of Case while opposing 3rd time The referral to lower Docket Case # C 7 1732 MHP. Filed if they let me on 3/6/08 at San Fco.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

A PROPERTY THAT DO NOT EXIST 1064 through the Unlawful Detainer Supe Rior RWC Court ignoring my response & playing tricks never responded or ack- Knowledge them & gave my 1864 Cottage Grove property to the Corporation: Equity Growth Asset Management a CA Corp. **B of A NEVER CORRECTED THE ERROR AS I MANY TIMES ASKED THEM; I BELIEVE BECAUSE** THEY NEVER REALIZED THAT THE ERROR WAS DONE IN THE DEED OF TRUST(AFFECTING THEM) SINCE THIS IS ALSO A TRICK PLAYED AGAINST THE PEOPLE NOT BELONG TO THEIR RELIGIOUS MAFIA GROUP TO NOT ALLOWED US TO CLAIM THE INTEREST PAID, BUT THE RWC COURT & THEM ALTERING DOCUMENTS, IGNORING MY RESPONSE GAVE MY PROPERTY TO THE CORPORATION. **MILLIONS OF PEOPLE LOOSING THEIR HOMES THE SAME WAY. PEOPLE DO** NOT KNOW THE TRICKS, ABUSES OF DISCRETIONS & AUTHORITIES FOR THE BEST INTEREST OF THIS GROUP WHO IS ALIENATING EVEN THE CONSTITUTION OF THIS COUNTRY! **HELP, PLEASE HELP!**

SUPPORT A PUBLIC ACCUSATION AGAINST U.S. GOVERNMENT REPRSENTATIVES: They are killing legally & painfully inno Cent people who were forced: to bomb the building (Mc Veigh) asked Hillary Clin Ton, she got nominated; asked Bush he rob the 1st election in Miami, but was the

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

One who planned & executed the September 11 in New York. To take his child Out of the womb (Scott Peterson, who was code to suffer HIV/AIDS to keep on Cing him to suffer since God, Eloi, Yeshua told me to observe, accuse & set his Banners trying to defend him at the beginning as I have been trying since. WHO TRIED TO FORCE BRITNEY SPEAR TO COMMIT SUICIDE & KILL HER BABY AFTER THEY FORCED HER TO CROSS THE RED LIGHT which she Probably saw green knowing what they are able to do. THIS POOR WOMAN DESERVED MY SUPPORT & I AM BEGGING YOU IN THE NAME OF THE LORD, YESHUA REAL NAME OF JEHOVAH TO HELP US TO GET OUR CHILDREN BACK! MILLIONS OF LITTLE CHILDREN ARE BEEN ABUSE FOR THEIR DIABOLIC PRACTICES. **NO DOUBT WHATSOEVER, I HAD BEEN ASKING FOR A PUBLIC MENTAL TEST, BUT YOU CAN SEE MY** COHERENCE, MY LOGICAL THINKING & MY PRESENTATION IN THE LAST DOCUMENT INTRODUCED AT THE FEDERAL LEVEL. I WROTE A LETTER, dated 2/25/08 TO THE 400 Members of the House of Representatives 110 Members of Congress, the 9 Supreme Court Judges & many others. I told that I was going to write to the Attorney Gral. For the 2nd time, but he has been recei- Ving copy of my filed documents & James P. Fox refused to see me on 2/25/08 When they gave my 1864 Cottage Grove house despite the facts presented, but

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **Plaintiffs:** Estrella Benavides | **Case No.: C 08 0102 WDB** |
|---|---|
| **Defendant:** George W. Bush, Arnold Schwarzenegger, James P. Fox, Concepcion Cabrera & Does 1 . . . Thru 1000. . . Mafia Incl. | REFER TO LOWER CASE ON 1/15 C 7 -1732 MHP OPPOSED REF & DIS |

Ignored while playing tricks to do so. I will not do so. I AM POSTING THIS THROUGH THE INTERNET BEGGING THE PEOPLE OF THE U. S. A., & this WORLD TO SUPPORT A PUBLIC ACCUSATION. **BEGGING FOR HELP!** Since H. Rights, UNICEF, ONU, OEA, & many others ignoring while telling you: **IN THE NAME OF THE LORD, ELOI, YESHUA : I AM COMING TO TELL YOU THAT A WORLDWIDE REDEMPTION WILL BE, IN THE NAME OF THE LORD I AM TELLING YOU WE WILL PAY THEM BACK AS THEY LOVE & DESERVE WITH A HIGH RATE & EQUITY EYE PER EYE, TEETH PER TEETH & YOU WILL WISH TO DIE NOT LONGER BEGGING THEM OR ASKING THEM TO REPENT, BUT BE GGING THE POOR PEOPLE OF THIS WORLD TO SUPPORT A PUBLIC ACCUSATION AGAINST FIDEL CASTRO (CUBA), THE WORLDWIDE GOVERNMENT REPRESENTATIVES WHO FROM BUSH TO NEIGH- BORS ARE WORKING TOGETHER BASED ON BELIEVES USING WITCHCRAFT & TECHNOLOGY AGAINST THE PEOPLE NOT BE- LONG TO THEIR MAFIA RELIGIOUS GROUP AS WRITTEN IN THE HOLY BIBLE: PSALMS BECAUSE THE WORD OF GOD HAD BEEN USED AGAINST US EVEN BY THE HEAD OF THE CHURCH, NOT ALL BUT GOOD NUMBER. Estrella De Jesus, The Lord, Yeshua's Servant:** Benavides 3/6/08

Demanding Public View setup + Jury Trial!

Page 19 of 19 ebl Initials Plaintiff's Declaration opposing denial & dismissing of Case while opposing 3rd time The referral to lower Docket Case # C 7 1732 MHP. Filed if they let me on 3/6/08 at San Fco.