UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Estrella J. Benavides
3416 Beresford Ave.
Belmont, CA 94002
(650) 455-6334
Plaintiff

RECEIVED
MAR X 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 6 PH 2:35

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Cross Complaint | CASE No.: C 08 0102 WDB |
| | Refer 1/15/08 to Judge M. Hall Patel |
| Plaintiff: Estrella J. Benavides | Case No. C 07 1732 MHP |
| | PROOF OF SERVICE BY MAIL |
| | FOR EACH OF THE DEFEN- |
| Vs | DANTS NAMED |
| | |
| George W. Bush, President of The USA | |
| Arnold Schwarzenegger, Governor of CA | |
| James P. Fox, SM County DA and | |
| Concepcion M. Cabrera & DOES | |
| 1 THRU 1000 ... Mafia religious group Inclusive. | |

| 1 | • Declining any form of ADR due to discoveries & accusation against U. S. A. |
|---|---|
| 2 | Government Representatives ...Demanding Public View Set Up & Jury Trial |
| 3 | Initial Case Management Conf. Hearing 4/15/08 Rm 4 Oakland 4:00P.M. |
| 4 | SERVICE WAS COMPLETED ON: |
| 5 | TIME: 2:20 p.m    DATE: 3/6/08 |
| 6 | METHOD OF SERVICE USED: |
| 7 | NAME & ADDRESS OF PEOPLE SERVED: |
| 8 | See Attachment page 3 of 11 of Cover Sheet dated 12/31/07 with updates! |
| 9 | • DOCUMENTS SERVED WERE DESCRIBED ABOVE. |

Page 1 of 2 _ Initials  Proof of Service Mail CASE No. C 08 0102 WDB * 5/6/08

Opposing Referral + Dismissal 3rd Time

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Plaintiffs: Estrella Benavides | Case No. |
|---|---|
| Defendant: George W. Bush, Arnold Schwarzenegger, James P. Fox, & Concepcion Cabrera & Does 1 thru 1000 . . . Inclusive. | C 08 0102WDB  Now in Docket C071732 MHP |

| 1 | Continuation of Proof of Service |
|---|---|
| 2 | NAME AND ADDRESS OF PERSON WHO SERVED THE DOCUMENTS : |
| 3 | NAME & ADDRESS: Emily Ringwald |
| 4 | 626 Polk St. Rm 310 |
| 5 | San Francisco CA, 94102 |
| 6 | POST OFFICE LOCATED AT: Federal Building (Bare) |
| 7 | Under penalty of perjury, I certify that I check all documents before I dropped |
| 8 | them in the Mail Box Office described above. |
| 9 | DATE & TIME: 03/06/08 |
| 10 | SIGNATURE OF PERSON SERVING DOCUMENTS: |
| 11 | [signature: Em Ringwald] |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |

Page 2 of 2  ebl Initials  Proof of Service Mail CASE No. C 08 0102 WDB *3/6/08

(Opposing Referral + Dismissal 3rd Time

CASE NO. C 08 0102 WDB refer to Lower
Docket No. C 07 1732 MHP

**I Defendant Attorney:**

1.- Alberto R. Gonzales — Attorney General, for George W. Bush
   950 Pennsylvania Ave. NW   President of the USA
   Washington, DC 20530-0001
   By E-Mail: AskDOJ@usdoj.gov.
   By Phone: (202) 353-1555 DOJ Main Switchboard (202) 514-2000
   By Fax: (202) 307-6777

2.- Northern District of California — for Arnold Schwarzenegger
   United States Attorney's Office    Governor of CA
   450 Golden Gate Avenue
   San Francisco, CA 94102
   By Phone: (415) 436-7200
   By Fax: (415) 436-7234

3.- James P. Fox — District Attorney
   San Mateo County    San Mateo County DA
   400 County Center,
   Redwood City, CA 94063
   By Phone: (650) 363-4636
   By Fax: (650) 363-4873

4.- Richard K. Joliffe, Esq. — Counsel for Concepcion Cabrera
   621 Middlefield Road       in Cross Complaint No. Fam. 085609
   Redwood City, CA 94063    26790 Wauchula Way - Hayward, CA 94541*
   By E-Mail: richard@jolliffelaw.com
              mass law@gmail.com
   By Phone: (650) 216-6745
   By Fax: (650) 574-6806

   * **In addition I am sending a letter informing George W. Bush of the above Case filed against him and all the documents are been forwarded to the Attorney General at described above. Concepcion Cabrera was served with copy of documents filed & served with the proof of service dated 1/22/08 & a letter informing him as well of the service on his counsel on the cross complaint Fam. # 085609 or else requesting them to let me know where do they want me to send the copies as pertain.**

   *ebl* 3/6/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Estrella J. Benavides                         COPY
3416 Beresford Ave.
Belmont, CA 94002          COMPLAINT OPPOSING REFERRAL 3rd TIME
(650) 455-6334             OPPOSING DISMISSAL! CAN CRIMINALS JUDGE?
Plaintiff

                                        )   CASE No.: C 08 0102 WDB
In the Cross Complaint                       )REFERRED TO LOWER CASE No.
                                        )   CASE No. C 07 1732MHP
Plaintiff: Estrella J. Benavides              )DECLINING ANY FORM OF ADR DUE
                                        )TO DISCOVERIES & ACCUSATION
Vs                                            )AGAINST U. S. A. GOVERNMENT RE-
                                        )PRESENTATIVES WHO ARE CRIMI-
George W. Bush, President of The USA         )NALS IN POWER ALIENATING EVEN
Arnold Schwarzenegger, Governor of CA)CONSTITUTION OF THIS COUNTRY
James P. Fox, D. A. of SM Country &          )DEMANDING A PUBLIC VIEW SET
Concepcion M. Cabrera & Does 1 . . .         )UP & ACCUSATION & JURY TRIAL!
Thru 1000 . . . Mafia Inclusive.             )INITIAL CASE MANAGEMENT CON-
                                        )FERENCE HEARING DATE: 4/15/08
                                        )COURT RM 4, OAKLAND, CA 4:00p.m.

| 1 | INTRODUCTION |
|---|---|
| 2 | On **January 7, 08**, Defendant Estrella Benavides filed a complaint as described on |
| 3 | Document attached filed on 1/9/08 at Southern Branch & filed on **1/16/08** in Oak- |
| 4 | Land, CA with Cindy, 4th Floor in which I define Public View Set Up, requesting |
| 5 | Correction of mistakes done by new cases file Clerk in San Francisco 16th floor, |
| 6 | Requesting legal advised & coordination & transfer of Related Cases as described. |
| 7 | With Affidavit in which I swear that the foregoing is true & correct & I presented |
| 8 | Attached the proof of error requesting as well correction & new dates since I did |
| 9 | Not consent on the judge assigned. **1/15/08** Judge Assigned WDB referred the ca |
| 10 | The case to the lower docket given five (5) days to oppose. I received document |
| 11 | Referring on 1/17/08; I filed a response opposing on 1/18/08 in Oakland in the - |

E: Exhibit C Section ___ & page ___.: Refer

Page 1 of 19  Initials  Plaintiff's Declaration opposing denial & dismissing of Case while opposing 3rd time The referral to lower Docket Case # C 7 1732 MHP. Filed if they let me on 3/6/08 at San Fco.